## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE _Andrew Carter_         DATE : _3/17/10_

DOCKET NUMBER: _10 CR 147 (SLT)_   LOG # : _2:51 - 3:28_

DEFENDANT'S NAME : _James Bombino_

____ Present      ____ Not Present      ✓ Custody      ____ Bail

DEFENSE COUNSEL : _John Tiffany_

____ Federal Defender      ____ CJA      ✓ Retained

A.U.S.A : _Michael Tremonte_      DEPUTY CLERK : _S M Yuen_

INTERPRETER : _____ (Language)

_Detention_  Hearing held. _____ Hearing adjourned to_____

____ Defendant was released on_____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

_1_ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

____ Order of Speedy Trial entered.   Code Type_____ Start_____ Stop _____

____ Defendant's first appearance.   ____Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _Gov't opposed bail for reasons stated on the record and that there are no combinations of conditions that will ensure the deft's return to Court. Court denied gov't motion to detain deft based on danger to the community. Court set bond in the amount of $3,000,000 with 7 properties to be posted before deft's release._