

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 8

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 2, 2010

**<u>Via ECF</u>**

All Defense Counsel

      Re:  <u>United States v. James Bombino, et al.</u>
            <u>Criminal Docket No. 10-147 (SLT)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case.

      The items described below are located at First Choice Copy.  You may obtain a copy of these items by contacting Joe Meisner at (718) 381-1480, extension 212, or <u>jmeisner@nyc.rr.com</u>.  Please reference print order number **26222**.

**<u>TITLE III EVIDENCE</u>**

      Prior to the defendants' arrest, there was a court-ordered wiretap on telephone number (732) 921-3219.

| DX # | Description | Bates Range |
|---|---|---|
| 34 | Affidavit and related documents in Support of an Order Authorizing the Interception of Wire Communications Occurring to and from Mobile Telephone Number (732) 921-3219, Bearing IMSI 316010013225130, listed to Anthony O'Donnell, dated 11/9/04 | 10423-14131 |
| 35 | Affidavit and related documents in Support of an Order Authorizing the Continued Interception of Wire Communications Occurring to and from Mobile Telephone Number (732) 921-3219, Bearing IMSI 316010013225130, listed to Anthony O'Donnell, dated 12/9/04 | 14132-14189 |

1. **Documents Relating to Wiretaps**

    Draft transcripts of wiretap recordings will be provided to you if and when they are drafted upon counsels' joint written representation that the draft transcripts may not be used for any purpose including, but not limited to, the cross-examination of any witness and the argument of any motion.

2. **Wiretap Recordings**

    Discovery Exhibit 36 consists of one compact disc containing telephone calls and linesheets for this wiretap (Bates number 14190).

    Please contact me if you have any questions or additional requests.

>   Very truly yours,
>
>   LORETTA E. LYNCH
>   United States Attorney
>
> By:       /s/
>   Samantha Ward
>   Paralegal Specialist
>   (718) 254-6142