**Meringolo & Associates, P.C.**
11 Evans Street
Brooklyn, New York 11201
(347) 599-0992 / (212) 202-4936 fax
www.meringoloesq.com

October 19, 2010

**VIA ECF**
Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. James Bombino*, 10 CR 00147 (SLT)

Dear Judge Townes,

We are respectfully resubmitting this letter to ask Your Honor grant permission for Mr. Bombino to attend emergency medical appointments for his daughter, Alyssa Bombino, located in the Southern District of New York, for a review of medical tests that she has undergone for the past four weeks.

As the Court is aware, Mr. Bombino's daughter underwent testing and a biopsy on her lymph nodes to determine whether or not she is at risk of disease. Mr. Bombino has been asked by his daughter's doctors to attend meetings regarding his daughter's medical emergency regularly. Furthermore, Mr. Bombino requests the Court grant him permission to attend appointments with his daughter until this medical emergency is resolved.

The government has consented to this travel request provided that Mr. Bombino informs Pre-trial, therefore, Mr. Bombino is requesting Court approval.

Since the inception of this case, Mr. Bombino was granted bail and has complied with all corresponding conditions, of which permit him to travel for medical emergencies.

Respectfully submitted,

By: /s/ John C. Meringolo

Cc: Pre-Trial via facsimile