# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

February 25, 2011

**BY HAND AND BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      *Re:*  *United States v. James Bombino, et al., 10 Cr. 147 (SLT)*

Dear Judge Townes:

  With the consent of the government, I respectfully write on behalf of all parties to request that the current motion schedule be revised in the above-referenced matter.  Following the last status conference on December 1, 2010, the government has provided substantial additional discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure that is material to the defendants' identification of motions that need to be filed.

  The parties therefore respectfully request the following revised motion schedule:

    Defendants' motions due:  April 1, 2011
    Government's response due: May 6, 2011
    Defendants' reply due:   May 20, 2011

Honorable Sandra L. Townes
United States District Judge
February 25, 2011
Page 2

      We also respectfully ask that the Court schedule a status conference at its earliest convenience to address additional issues arising from the government's most recent massive discovery dump.

                                            Respectfully submitted,
                                            /s/
                                            Sarita Kedia


cc:    AUSA Amy Busa
       AUSA Michael Tremonte

       All defense counsel