

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:RN:sw
F.#2009R00195
Disc. 17 corrected

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 27, 2011

**Via ECF**

All Defense Counsel

    Re: United States v. James Bombino, et al.
      Criminal Docket No. 10-147 (S-1)(SLT)

Dear Counsel:

  Please be advised that there was an error in the Bates range provided in the government's previous discovery letter, Discovery 17, dated May 26, 2011. The correct Bates range for the Testa Corporation documents is listed below. The print order number, 60031, remains the same.

| DX # | Description | Bates Range |
|---|---|---|
| 61 | Documents provided by Testa Corporation | 29163-29523 |

  I apologize for any inconveniences this may have caused. Please contact me if you have any questions or additional requests.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

        By:   /s/
            Samantha Ward
            Paralegal Specialist
            (718) 254-6142

cc: Clerk of the Court (SLT)