

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 19

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 17, 2011

**Via ECF**

All Defense Counsel

      Re:  United States v. James Bombino, et al.
           Criminal Docket No. 10-147 (S-1)(SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**DOCUMENTS AND OTHER TANGIBLE EVIDENCE**

    The following materials are available at First Choice Copy.  You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com.  Please reference print order number **60042**.

| DX # | Description | Bates Range |
|---|---|---|
| 138 | Documents provided by Danella Construction Corp. | 29524-30380 |
| 139 | CD containing photographs of the search, conducted pursuant to a Search Warrant, of the commercial premises known and described as 422 Spencer Street, Staten Island, New York 10314 and the office trailer and storage areas located therein | 30381 |
| 140 | CD containing photographs of the search, conducted pursuant to a Search Warrant, of the commercial premises known and described as 1 Prestwould Court, Marlton, New Jersey 08053 | 30382 |

| DX # | Description | Bates Range |
|---|---|---|
| 141 | CD containing videos of the search, conducted pursuant to a Search Warrant, of the commercial premises known and described as 1 Prestwould Court, Marlton, New Jersey 08053 | 30383 |
| 142 | Two CDs containing the deposition of Alicia DiMichele before the Business Integrity Commission on 10/26/05 | 30384-30385 |

  Please contact me if you have any questions or additional requests.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

       By:  /s/
          Samantha E. Ward
          Paralegal Specialist
          (718) 254-6142

cc: Clerk of Court (SLT) (by ECF)