**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 21

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 17, 2010

**<u>Via ECF</u>**

All Defense Counsel

       Re:  United States v. James Bombino, <u>et al</u>.
           <u>Criminal Docket No. 10-147 (S-1)(SLT)</u>

Dear Counsel:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

       The items described below are located at First Choice Copy.  You may obtain these items by contacting Joe Meisner at (718) 381-1480 x212, or <u>jmeisner@nyc.rr.com.</u>  Please reference print order number **60044.**

**<u>SURVEILLANCE</u>**

       Discovery Exhibit 144 consists of CDs containing surveillance photographs and/or videos of one of more of the defendants.

| Description | Defendant(s) | Bates Range |
|---|---|---|
| CD containing surveillance photographs dated 10/4/05 | None | 30404 |
| CD containing surveillance photographs dated 2/11,12,14,15,20,21/08 | None | 30405 |
| CD containing surveillance photographs dated 4/29/08 | None | 30406 |
| CD containing surveillance photographs dated 6/17/08 | None | 30407 |

| Description | Defendant(s) | Bates Range |
|---|---|---|
| DVD containing a pole camera surveillance video dated 7/18/08 | None | 30408 |
| CD containing surveillance photographs dated 7/18/08 | None | 30409 |
| DVD containing a surveillance video dated 9/10/09 | Theodore Persico, Jr. | 30410 |
| CD containing surveillance photographs dated 1/12/10 | None | 30411 |
| CD containing surveillance photographs dated 1/20/10 | None | 30412 |
| CD containing surveillance photographs dated 1/22/10 | James Bombino | 30413 |
| CD containing surveillance photographs dated 2/2/10 | None | 30414 |
| CD containing surveillance photographs dated 2/3/10 | None | 30415 |
| CD containing surveillance photographs dated 2/15/10 | James Bombino | 30416 |
| CD containing surveillance photographs dated 2/16/10 | None | 30417 |
| CD containing surveillance photographs dated 2/18/10 | None | 30418 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney


By:   /s/_____
      Samantha E. Ward
      Paralegal Specialist
      (718) 254-6142


cc:  Clerk of Court (SLT) (by ECF)