# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
JAMES I. WASSERMAN

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

July 21, 2011

Michael Tremonte, Esq.
Amy Busa, Esq.
Office of the United
  States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201

Dear Mr. Tremonte and Miss Busa:

On July 5, 2011 I wrote to you concerning <u>U.S.A. v. Bombino, et al.</u>, 2010 Cr. 147 (S-1)(SLT) requesting you respond at long last to my June 10, 2010 (sic) letter, as well as confirm or deny the existence of, and produce if available, certain documents referred to in various documents you previously produced as part of Rule 16 discovery. If you do not respond to my June 10, 2010 (sic) and July 5, 2011 letters prior to the next scheduled conference, I intend to raise the issue of your non-compliance with Judge Townes. That, of course, should be completely unnecessary.

Sincerely,

John Jacob Rieck, Jr.