**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

RN:MT:AL:sw
F.#2009R00195
Disc. 23

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 2, 2011

**Via ECF**

All Defense Counsel

      Re:  United States v. Theodore Persico, Jr., et al.
           Criminal Docket No. 10-147 (S-1)(SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**STATEMENTS OF THE DEFENDANTS**

    **Wiretap Recording Transcripts**

      Pursuant to the stipulation signed by the parties, draft transcripts of portions of conversations recorded pursuant to Court Authorized Wire Taps are available at First Choice Copy. You may obtain these transcripts by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **60056**.

      The recordings corresponding to Discovery Exhibits 147 through 158 are contained in Discovery Exhibit 8, which was provided on March 23, 2010.

      The recordings corresponding to Discovery Exhibits 159 through 191 are contained in Discovery Exhibit 36, which was provided on September 2, 2010.

| DX # | Description | Bates Range |
|---|---|---|
| 147 | Draft transcript dated 11/3/04 (Call 71) | 30421-30426 |
| 148 | Draft transcript dated 11/11/04 (Call 1272) | 30427-30430 |
| 149 | Draft transcript dated 11/19/04 (Call 2266) | 30431-30440 |
| 150 | Draft transcript dated 11/19/04 (Call 2270) | 30441-30454 |

| DX # | Description | Bates Range |
|---|---|---|
| 151 | Draft transcript dated 11/19/04 (Call 2271) | 30455-30460 |
| 152 | Draft transcript dated 12/1/04 (Call 4064) | 30461-30473 |
| 153 | Draft transcript dated 12/1/04 (Call 1310) | 30474-30475 |
| 154 | Draft transcript dated 12/7/04 (Call 4889) | 30476-30477 |
| 155 | Draft transcript dated 12/9/04 (Call 5186) | 30478-30485 |
| 156 | Draft transcript dated 12/9/04 (Call 5196) | 30486-30487 |
| 157 | Draft transcript dated 12/9/04 (Call 5260) | 30488-30496 |
| 158 | Draft transcript dated 12/10/04 (Call 1662) | 30497-30498 |
| 159 | Draft transcript dated 11/10/04 (Call 8) | 30499-30502 |
| 160 | Undated draft transcript (Call 34) | 30503-30506 |
| 161 | Draft transcript dated 11/10/04 (Call 39) | 30507-30508 |
| 162 | Draft transcript dated 11/10/04 (Call 42) | 30509-30513 |
| 163 | Draft transcript dated 11/11/04 (Call 161) | 30514-30522 |
| 164 | Draft transcript dated 11/12/04 (Call 192) | 20523-30524 |
| 165 | Draft transcript dated 11/12/04 (Call 200) | 30525-30526 |
| 166 | Draft transcript dated 11/12/04 (Call 228) | 30527-30530 |
| 167 | Draft transcript dated 11/15/04 (Call 331) | 30531-30532 |
| 168 | Draft transcript dated 11/15/04 (Call 347) | 30533-30536 |
| 169 | Draft transcript dated 11/15/04 (Call 354) | 30537-30539 |
| 170 | Draft transcript dated 11/15/04 (Call 355) | 30540-30544 |
| 171 | Draft transcript dated 11/15/04 (Call 363) | 30545-30551 |
| 172 | Draft transcript dated 11/16/04 (Call 414) | 30552-30554 |
| 173 | Draft transcript dated 11/16/04 (Call 420) | 30555-30559 |
| 174 | Draft transcript dated 11/16/04 (Call 450) | 30560-30563 |
| 175 | Draft transcript dated 11/19/04 (Call 103) | 30564-30572 |
| 176 | Draft transcript dated 11/23/04 (Call 669) | 30573-30578 |
| 177 | Draft transcript dated 11/23/04 (Call 682) | 30579-30580 |
| 178 | Draft transcript dated 11/23/04 (Call 697) | 30581-30583 |

| DX # | Description | Bates Range |
|------|-------------|-------------|
| 179 | Draft transcript dated 11/23/04 (Call 713) | 30584-30586 |
| 180 | Draft transcript dated 11/23/04 (Call 714) | 30587-30588 |
| 181 | Draft transcript dated 11/29/04 (Call 963) | 30589-30591 |
| 182 | Draft transcript dated 12/1/04 (Call 1190) | 30592-30597 |
| 183 | Draft transcript dated 12/17/04 (Call 798) | 30598-30599 |
| 184 | Draft transcript dated 12/1/04 (Call 1204) | 30600-30604 |
| 185 | Draft transcript dated 12/1/04 (Call 1252) | 30605-30608 |
| 186 | Draft transcript dated 12/14/04 (Call 1878) | 30609-30630 |
| 187 | Draft transcript dated 12/22/04 (Call 910) | 30631-30632 |
| 188 | Draft transcript dated 12/22/04 (Call 2441) | 30633-30635 |
| 189 | Draft transcript dated 12/22/04 (Call 2444) | 30636-30638 |
| 190 | Draft transcript dated 12/22/04 (Call 2447) | 30639-30644 |
| 191 | Draft transcript dated 12/22/04 (Call 2483) | 30645-30649 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____
Samantha Ward
Paralegal Specialist
(718) 254-6142

cc: Clerk of the Court (SLT)