

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RN:MT:AL:sw
F.#2010R00195
Disc. 26

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 16, 2011

**Via ECF**

All Defense Counsel

      Re:  United States v. Theodore Persico, Jr., et al.
           Criminal Docket No. 10-147 (S-2)(SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**1.  TITLE III EVIDENCE**

      This production consists of materials that have been produced in United States v. Neil Messina, 11 CR 31 (KAM). You may obtain these materials by contacting John Palermo at (973) 895-1359. Please make sure you reference the Messina discovery letter, dated April 19, 2011. The following chart provides a description of the materials and the discovery numbers assigned in the Messina matter.

| Ex. | Description |
|---|---|
| 955 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-449-3866, with International Mobile Equipment Identity ("IMEI") 011662/00/778001/2, dated January 27, 2010 |
| 956 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-449-3866, with IMEI 011662/00/778001/2, dated January 27, 2010 |

| Ex. | Description |
|---|---|
| 957 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-421-2536, with IMEI 011975005985593 and a Cellular Telephone Assigned Telephone Number 347-421-2825, with IMEI 011975005983168, dated April 28, 2010 |
| 958 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-421-2536, with IMEI 011975005985593, dated April 28, 2010 |
| 959 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-421-2536, with IMEI 011975005985593 and a Cellular Telephone Assigned Telephone Number 347-421-2825, with IMEI 011975005983168, dated July 27, 2010 |
| 960 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-421-2825, with IMEI 011975005983168, dated April 28, 2010 and July 27, 2010 |
| 961 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 646-465-2471, with IMEI 012148-00-775489-1, dated August 30, 2010 |
| 962 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 646-465-2471, with IMEI 012148-00-775489-1, dated August 30, 2010 |
| 963 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-421-2536, with IMEI 01175400181C372, dated September 10, 2010 |
| 964 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 347-421-2536, with IMEI 011975005985593, dated July 27, 2010 and September 10, 2010 |

| Ex. | Description |
|---|---|
| 965 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 718-964-3820, with IMEI 012233004952043, and a Cellular Telephone Assigned Telephone Number 718-964-3610, with IMEI 011974004623859, dated September 24, 2010 |
| 966 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 718-964-3820, with IMEI 012233004952043, dated September 24, 2010 |
| 967 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 718-964-3610, with IMEI 011974004623859, dated September 24, 2010 |
| 968 | Application and Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 718-964-3820, with IMEI 012233004952043, and a Cellular Telephone Assigned Telephone Number 718-679-5026, with IMEI 012516000383282, dated December 17, 2010 |
| 969 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 718-964-3820, with IMEI 012233004952043, dated December 17, 2010 |
| 970 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 718-679-5026, with IMEI 012516000383282, dated December 17, 2010 |

**2.    DOCUMENTS AND OTHER TANGIBLE ITEMS**

The following materials may also be obtained by contacting John Palermo at (973) 895-1359. The discovery exhibit and bates numbers for these materials resume from the government's previous Persico discovery letter.

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 243 | Copies of Frank Sparaco's address books | 34440-34597 |

3

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 244 | Search Warrant and Supporting Affidavit for one Samsung Boost cellular telephone, model number SPH M260, with DEC 268435460110899861 and HEX A0000029A65195; and one Verizon LG cellular telephone, model number LG-VX9200, with serial number 001KPXV2633010 and HEX A0000019A9C4D0 | 34598-34612 |
| 245 | Disk containing 2009 surveillance photographs of Michael Persico and Ralph DeLeo | 34613 |
| 246 | Disk containing FBI CART reports pertaining to the review of a Samsung Boost cellular telephone, model number SPH M260, with DEC 268435460110899861 and HEX A0000029A65195 | 34614 |
| 247 | Disk containing FBI CART reports pertaining to the review of a Verizon LG cellular telephone, model number LG-VX9200, with serial number 001KPXV2633010 and HEX A0000019A9C4D0 | 34615 |
| 248 | Disk containing FBI CART reports pertaining to the review of one Samsung cellular telephone bearing ESN 12815714741; and one Samsung cellular telephone bearing MEID 268435459003892445 | 34616 |
| 249 | Disk containing photographs provided by Anthony Russo | 34617 |
| 250 | Disk containing recorded prison telephone calls for Edward Garofalo, 3/8/10 through 8/28/11 | 34618 |
| 251 | Prison telephone and commissary records for Edward Garofalo, 3/2010 through 8/2011 | 34619-34684 |
| 252 | Disk containing recorded prison telephone calls for Theodore Persico, Jr., from 3/12/10 through 8/30/11 | 34685 |
| 253 | Prison telephone and commissary records for Theodore Persico, Jr. 8/2010 through 8/2011 | 34686-34725 |
| 254 | Autopsy report for Michael Devine | 34726-34747 |
| 255 | A copy of items seized from Francis Guerra during his arrest | 34748 |

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 256 | Disk containing Francis Guerra's family photograph obtained during his arrest | 34749 |

      Please contact me if you have any questions or additional requests.

                                 Very truly yours,

                                 LORETTA E. LYNCH
                                 United States Attorney

                       By:       /s/
                                 Samantha Ward
                                 Paralegal Specialist
                                 (718) 254-6142

cc:  Clerk of the Court (SLT)