

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RN:MT:AL:sw
F.#2010R00195
Disc. 27

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 7, 2011

**<u>Via ECF</u>**

All Defense Counsel

      Re:  United States v. Theodore Persico, Jr., <u>et al</u>.
           <u>Criminal Docket No. 10-147 (S-2)(SLT)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

    The following documents are available at First Choice Copy.  You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480 x212, or <u>jmeisner@nyc.rr.com.</u>  Please reference print order number **60072.**

1. <u>**TITLE III EVIDENCE**</u>

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 257 | Disk containing applications and related documents in support of the orders authorizing the interception of communications occurring over a cellular telephone assigned telephone Number 917-439-3395 and 646 208 5577 | 34750 |
| 258 | Disk containing relevant recordings made pursuant to order Authorizing the Interception of Communications Occurring Over a Cellular Telephone Assigned Telephone Number 917-439-3395.[1] | 34751 |

---

    [1]    Additional relevant calls, as well as a copy of all of the calls recorded pursuant to wire tap applications and orders, will be provided shortly.

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 259 | Applications and related documents in support of the orders authorizing the interception oral communications in the visiting room of the Federal Correctional Facility in Lompoc, California.[2] | 34752-35050 |

## 2. DOCUMENTS AND OTHER TANGIBLE ITEMS

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 260 | A disk containing bank records for Michael Persico | 35051 |
| 261 | Northfork bank records for GFMC, LLC. | 35052-35092 |
| 262 | Phone records for Michael Sciaretta | 35093-35107 |
| 263 | Bank records for Park Plus Valet | 35108-35530 |
| 264 | Local 282 shop steward reports (2005) | 35531-35591 |
| 265 | Local 282 shop steward reports (2009) | 35592-35626 |
| 266 | Business Integrity Commission Documents | 35627-35802 |
| 267 | Disk containing surveillance photographs 9/17/02 | 35803 |
| 268 | Disk containing surveillance video 9/17/02 | 35804 |
| 269 | Romantique Limousine Statements | 35805-36043 |
| 270 | Disk containing surveillance photographs | 36044 |
| 271 | Disk containing Michael Devine autopsy photographs | 36045 |

---

[2] The recordings and related linesheets were provided on August 25, 2011.

       Please contact me if you have any questions or additional requests.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney

                       By:       /s/
                                    Samantha Ward
                                    Paralegal Specialist
                                    (718) 254-6142

cc:  Clerk of the Court (SLT)