NMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   - against -                               10 CR 147 (SLT)

JAMES C. BOMBINO, et al.

       Defendants.

- - - - - - - - -  - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Nicole M. Argentieri hereby enters her appearance in the above-captioned matter. The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated:   Brooklyn, New York
          November 4, 2011

                                       Respectfully submitted,

                                       LORETTA E. LYNCH
                                       United States Attorney

                         By:      /s/
                                       Nicole M. Argentieri
                                       Assistant U.S. Attorney
                                       Eastern District of New York
                                       271 Cadman Plaza East
                                       Brooklyn, New York 11201
                                       nicole.argentieri@usdoj.gov
                                       (718) 254-6232

cc:    Clerk of the Court (via ECF)
       Counsel (via ECF)