

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:RN:AL:sw
F.#2010R00195
Disc. 30

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 15, 2011

**<u>Via ECF</u>**

All Defense Counsel

      Re:  United States v. Theodore Persico, Jr., <u>et</u> <u>al</u>.
           <u>Criminal Docket No. 10-147 (S-2)(SLT)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

    All of the materials described below are available at DupeCoop.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

**1.   TITLE III EVIDENCE**

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 272 | Disk containing all calls recorded pursuant to the orders authorizing the interception of communications occurring over a cellular telephone assigned telephone Number 917-439-3395 and 646 208 5577[1] | 36046 |

**2.   CONSENSUAL RECORDINGS**

    Discovery Exhibit 193A contains the following recording made by a cooperating witness.  The recording supplements those already provided in Discovery Exhibit 193.

---

[1] The applications and related documents, as well as certain relevant calls, were previously provided on October 7, 2011.  In addition to the relevant calls previously provided, the government identifies the following additional relevant calls: call number 1160, dated 12/19/2002 and call number 1448 dated 1/2/2003.

| DESCRIPTION | DEFENDANT(S) | BATES RANGE |
|---|---|---|
| Consensual recording dated 1/4/91 | Michael Persico | 36047 |
| Consensual recording dated 9/26/90 | None | 36048 |

3.   **DOCUMENTS AND OTHER TANGIBLE OBJECTS**

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| 273 | Results of a search of a Motorola pager and a Sharp Instruments Dialmaster seized from Francis Guerra on 5/13/97 | 36049-36051 |
| 274 | Michael Persico's Bank records 2008-2010 | 36052-36423 |
| 275 | Loan Agreement with Alfred Polizzotto | 36424-36436 |
| 276 | Invoices and checks relating to Romantique Limousine and KBJS | 36437-36461 |
| 277 | Document intercepted by the Bureau of Prisons | 36462-36463 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:     /s/
Samantha Ward
Paralegal Specialist
(718) 254-6142

cc:  Clerk of the Court (SLT)