*U.S. Department of Justice*



*United States Attorney*
*Eastern District of New York*

RN::AL:NMA:sw
F.#2010R00195
Disc. 31

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 15, 2011

**Via ECF and Federal Express**

Gerald J. McMahon, Esq.
Law Office of Gerald J. McMahon
26 Broadway, 18th Floor
New York, NY 10004

      Re:  United States v. Francis Guerra
           Criminal Docket No. 10-147 (S-3)(SLT)

Dear Mr. McMahon:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| RX | A compact disc containing Medco Health Services, Inc. records for Francis Guerra (password to access files is guerra121211) | 508 |

The government intends to produce this document, in the same form as it is now being produced to you, to all other defendants on December 23, 2011. Please contact Assistant U.S. Attorney Allon Lifshitz if you wish to propose any specific additional redactions prior to that date. Please contact me if you have any questions or additional requests.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:      /s/
     Samantha Ward
     Paralegal Specialist
     (718) 254-6142

Enc.

cc: Clerk of the Court (SLT) (by ECF) (w/o enclosures)
    All Counsel (by ECF) (w/o enclosures)