

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2008R00530

*271 Cadman Plaza East*
*Brooklyn, New York  11201*


December 22, 2011

MDC Brooklyn
Metropolitan Detention Center
West Building
P.O. Box 329002
Brooklyn, NY 11232

       Re:   United States v. Andrew Russo, et al.
             Criminal Docket No. 11-0030 (KAM)

            United States v. Joseph Petillo
             Criminal Docket No. 11-0791 (FB)

            United States v. Theodore Persico, Jr., et al.
             Criminal Docket No. 10-147 (SLT)

            United States v. Carmine Persico
             Docket No. MJ-11-1050

To Whom It May Concern:

       Pursuant to the procedures of the Brooklyn Metropolitan Detention Center (the "MDC"),[1] in a letter dated December 13, 2011, addressed to inmate Thomas Gioeli (Reg. #30222-048), the government provided a set of compact discs and digital video discs and advised that the materials should be maintained in the law library in the West Building of the MDC, so that Gioeli, along with his co-defendant Dino Saracino (Reg. # 76635-053), could review them at their convenience.

       Please be advised that the incarcerated defendants in the above-referenced cases, including Andrew Russo, Reg. # 15043-053; Michael Castellano, Reg. # 50044-054; Benjamin Castellazzo, Reg. #35715-054; Dennis Delucia, Reg. #29431-053; Edward Garofalo, Reg. # 57501-053; Francis Guerra, Reg. # 10636-051; Theodore Persico, Jr., Reg. # 38266-019; Joseph Savarese, Reg.

---

      [1]     The MDC has advised that it will not accept receipt of a package unless it is addressed to an inmate.

# 23845-053; Larry Sessa, Reg. # 07802-062 and Joseph Petillo, Reg. # 59716-053, may also review those compact disks.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                United States Attorney

                        By:   /s/Jack Dennehy
                               Jack Dennehy
                               Assistant U.S. Attorney

Enclosures

cc:  All Counsel (by ECF) (w/o enclosures)