

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F.#2010R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 22, 2011

**<u>Via ECF</u>**

All Counsel:

      Re:    United States v. Andrew Russo, et al.
              <u>Criminal Docket No. 11-30 (KAM)</u>

             United States v. Joseph Bombino, et al.
             <u>Criminal Docket No. 10-147 (SLT)</u>

             United States v. Joseph Petillo
             <u>Criminal Docket No. 11-791 (FB)</u>

             United States v. Carmine Persico
             <u>MJ Docket No. 11-1050</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500, the government hereby furnishes the following supplemental discovery with respect to the above-captioned cases.  The enclosed materials are provided to you pursuant to previously-issued protective orders.  (<u>See</u>, <u>e.g</u>, <u>United States v. Bombino, et al.</u>, 10 CR 147 (SLT) (Docket No. 298)).  The government hereby reiterates its request for reciprocal discovery.  The following materials will be available at DupeCoop and you may obtain copies by contacting John Palermo at (973) 895-1359.

**<u>STATEMENTS OF THE DEFENDANTS/CASE-IN-CHIEF EVIDENCE</u>**

      The government may seek to introduce these recordings, in whole or in part, at trial during its cases-in-chief.  Because this letter discloses several consensual recordings made by a cooperating witness of individuals who are defendants in <u>United States v. Andrew Russo, et al.</u>, 11 CR 30 (KAM), (the "Firewall Materials"), the government instituted firewall procedures.  Pursuant to firewall procedures instituted in connection with the cooperating witness's proactive cooperation, the prosecutors and agents involved in the investigation and prosecution of the <u>Russo</u> case – including Assistant United States Attorneys Elizabeth Geddes and Allon Lifshitz – have not reviewed the Firewall Materials, nor have they been made aware of their contents.  The Firewall Materials included in this Rule 16 disclosure are

labeled accordingly:
DX 278 - 36465, 36467, 36476, 36478, 36479, 36484, 36485, 36490, 36491, 36493, 36500, 36502, 36503, 36509, 36512, 36517, 36518, 36519, 36520, 36521, 36522, 36523, 36524, 36526, 36527, 36529, 36531, 36533, 36537, 36541, 36543, 36544, 36545, 36550, 36552, 36556, 36558, 36559 and 36561.  Should you have any questions about any of the Firewall Materials, please contact Assistant United States Attorneys Jack Dennehy at (718) 254-6133, or Jacquelyn M. Kasulis at (718) 254-6103.

| **DESCRIPTION** | **DEFENDANTS INTERCEPTED** | **BATES RANGE** |
|---|---|---|
| Consensual recording dated 4/18/11 (H1) | Francis Guerra | 36464 |
| Consensual recording dated 4/26/11 (H2) | Joseph Carna | 36465 |
| Consensual recording dated 4/28/11 (H3) | | 36466 |
| Consensual recording dated 5/2/11 (H4) | Vitto Vizzi | 36467 |
| Consensual recording dated 5/3/11 (H5) | | 36468 |
| Consensual recording dated 5/3/11 (H6A) | | 36469 |
| Consensual recording dated 5/3/11 (H6B) | | 36470 |
| Consensual recording dated 5/4/11 (H7A) | | 36471 |
| Consensual recording dated 5/4/11 (H7B) | | 36472 |
| Consensual recording dated 5/5/11 (H8) | | 36473 |
| Consensual recording dated 5/10/11 (H9) | Francis Guerra | 36474 |
| Consensual recording dated 5/11/11 (H10) | | 36475 |
| Consensual recording dated 5/12/11 (H11) | John Maggio | 36476 |
| Consensual recording dated 5/13/11 (H12) | | 36477 |
| Consensual recording dated 5/13/11 (H13) | Joseph Carna | 36478 |
| Consensual recording dated 5/15/11 (H14) | John Maggio | 36479 |
| Consensual recording dated 5/17/11 (H15) | | 36480 |
| Consensual recording dated 5/18/11 (H16) | | 36481 |
| Consensual recording dated 5/18/11 (H17) | | 36482 |
| Consensual recording dated 5/19/11 (H18) | | 36483 |
| Consensual recording dated 5/20/11 (H19) | Joseph Carna | 36484 |

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 5/20/11 (H20) | John Maggio | 36485 |
| Consensual recording dated 5/24/11 (H21) | | 36486 |
| Consensual recording dated 5/24/11 (H22) | | 36487 |
| Consensual recording dated 5/26/11 (H23) | | 36488 |
| Consensual recording dated 5/30/11 (H24) | | 36489 |
| Consensual recording dated 5/31/11 (H25) | Joseph Carna | 36490 |
| Consensual recording dated 6/2/11 (H26) | Emanuele Favuzza | 36491 |
| Consensual recording dated 6/2/11 (H27) | | 36492 |
| Consensual recording dated 6/3/11 (H28) | John Maggio | 36493 |
| Consensual recording dated 6/8/11 (H29) | | 36494 |
| Consensual recording dated 6/9/11 (H30) | | 36495 |
| Consensual recording dated 6/16/11 (H31) | | 36496 |
| Consensual recording dated 6/17/11 (H32) | | 36497 |
| Consensual recording dated 6/21/11 (H33) | | 36498 |
| Consensual recording dated 6/23/11 (H34) | | 36499 |
| Consensual recording dated 6/24/11 (H35) | Joseph Carna | 36500 |
| Consensual recording dated 6/29/11 (H36) | | 36501 |
| Consensual recording dated 6/30/11 (H37) | Emanuele Favuzza | 36502 |
| Consensual recording dated 7/8/11 (H38) | Joseph Carna | 36503 |
| Consensual recording dated 7/8/11 (H39) | | 36504 |
| Consensual recording dated 7/12/11 (H40) | | 36505 |
| Consensual recording dated 7/14/11 (H41) | | 36506 |
| Consensual recording dated 7/15/11 (H42) | Carmine Persico | 36507 |
| Consensual recording dated 7/19/11 (H43) | | 36508 |
| Consensual recording dated 7/22/11 (H44) | Joseph Carna | 36509 |
| Consensual recording dated 7/29/11 (H45) | | 36510 |
| Consensual recording dated 8/2/11 (H46) | | 36511 |

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 8/5/11 (H47) | Joseph Carna | 36512 |
| Consensual recording dated 8/10/11 (H48) | | 36513 |
| Consensual recording dated 8/12/11 (H49) | | 36514 |
| Consensual recording dated 8/15/11 (H50) | | 36515 |
| Consensual recording dated 8/17/11 (H51) | | 36516 |
| Consensual recording dated 8/19/11 (H52) | Joseph Carna | 36517 |
| Consensual recording dated 8/24/11 (H53) | John Maggio | 36518 |
| Consensual recording dated 8/26/11 (H54) | Joseph Carna | 36519 |
| Consensual recording dated 8/31/11 (H55) | John Maggio | 36520 |
| Consensual recording dated 9/2/11 (H56) | Joseph Carna | 36521 |
| Consensual recording dated 9/8/11 (H57) | John Maggio | 36522 |
| Consensual recording dated 9/9/11 (H58) | Joseph Carna | 36523 |
| Consensual recording dated 9/14/11 (H59) | John Maggio, Joseph Carna | 36524 |
| Consensual recording dated 9/16/11 (H60) | | 36525 |
| Consensual recording dated 9/21/11 (H61) | John Maggio | 36526 |
| Consensual recording dated 9/23/11 (H62) | Joseph Carna | 36527 |
| Consensual recording dated 9/28/11 (H63) | | 36528 |
| Consensual recording dated 9/30/11 (H64) | Joseph Carna | 36529 |
| Consensual recording dated 10/4/11 (H65) | | 36530 |
| Consensual recording dated 10/7/11 (H66) | Scott Fappiano, Joseph Carna | 36531 |
| Consensual recording dated 10/13/11 (H67) | | 36532 |
| Consensual recording dated 10/14/11 (H68) | Scott Fappiano, Joseph Carna | 36533 |
| Consensual recording dated 10/19/11 (H69) | | 36534 |
| Consensual recording dated 10/21/11 (H70) | | 36535 |
| Consensual recording dated 10/24/11 (H71) | | 36536 |
| Consensual recording dated 10/26/11 (H72) | John Maggio | 36537 |

| DESCRIPTION | DEFENDANTS INTERCEPTED | BATES RANGE |
|---|---|---|
| Consensual recording dated 10/28/11 (H73) | | 36538 |
| Consensual recording dated 11/3/11 (H74) | | 36539 |
| Consensual recording dated 11/4/11 (H75) | | 36540 |
| Consensual recording dated 11/9/11 (H76) | John Maggio | 36541 |
| Consensual recording dated 11/10/11 (H77) | | 36542 |
| Consensual recording dated 11/11/11 (H78) | Joseph Carna | 36543 |
| Consensual recording dated 11/14/11 (H79) | Vito Vizzi | 36544 |
| Consensual recording dated 11/15/11 (H80) | Vito Vizzi | 36545 |
| Consensual recording dated 11/16-17/11 (H81) | | 36546 |
| Consensual recording dated 11/18/11 (H82) | | 36547 |
| Consensual recording dated 11/23/11 (H83A) | | 36548 |
| Consensual recording dated 11/23/11 (H83B) | | 36549 |
| Consensual recording dated 11/25/11 (H84) | Joseph Carna | 36550 |
| Consensual recording dated 11/30/11 (H85) | | 36551 |
| Consensual recording dated 12/1/11 (H86) | John Maggio | 36552 |
| Consensual recording dated 12/5/11 (H87) | | 36553 |
| Consensual recording dated 12/6/11 (H88) | | 36554 |
| Consensual recording dated 12/7/11 (H89) | | 36555 |
| Consensual recording dated 12/7/11 (H90) | Joseph Carna | 36556 |
| Consensual recording dated 12/8/11 (H91) | | 36557 |
| Consensual recording dated 12/11/11 (H93A) | Vito Vizzi | 36558 |
| Consensual recording dated 12/11/11 (H93B) | Vito Vizzi | 36559 |
| Consensual recording dated 12/11/11 (H93C) | | 36560 |
| Consensual recording dated 12/13/11 (H94) | Vito Vizzi | 36561 |

       This reflects the government's current understanding of which defendants are captured speaking during the consensually recorded communications.

Please contact the undersigned if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____
Jack Dennehy
Jacquelyn M. Kasulis
Assistant U.S. Attorneys
(718) 254-6133
(718) 254-6103

cc: Clerk of the Court (KAM)(SLT)(FB)