

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

January 9, 2012

MDC Brooklyn
Metropolitan Detention Center
West Building
P.O. Box 329002
Brooklyn, NY 11232

       Re:  United States v. Andrew Russo, et al.
            Criminal Docket No. 11-0030 (KAM)

            United States v. Joseph Petillo
            Criminal Docket No. 11-0791 (FB)

            United States v. Theodore Persico, Jr., et al.
            Criminal Docket No. 10-147 (SLT)

            United States v. Carmine Persico
            Criminal Docket No. 11-0845 (SJ)

To Whom It May Concern:

       Pursuant to the procedures of the Brooklyn Metropolitan Detention Center (the "MDC"),[1] the government has provided two sets of the compact discs and digital video discs listed in the attached discovery letters, dated December 22 and 23, 2011, which pertain the above-referenced cases. These materials were sent to the attention of incarcerated defendant Theodore Persico, Jr., Reg. # 38266-019, with instructions to maintain one set in each of the law libraries of the MDC.

       Please be advised that the incarcerated defendants in the above-referenced cases, including Andrew Russo, Reg. # 15043-053; Michael Castellano, Reg. # 50044-054; Benjamin Castellazzo, Reg. #35715-054; Dennis Delucia, Reg. #29431-053; Edward Garofalo, Reg. # 57501-053; Francis Guerra, Reg. # 10636-051; Joseph Savarese, Reg. # 23845-053; Larry Sessa, Reg. # 07802-062,

---

       [1]    The MDC has advised that it will not accept receipt of a package unless it is addressed to an inmate.

and Joseph Petillo, Reg. # 59716-053, may also review those compact disks.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                          By: /s/Samantha E. Ward
                                  Samantha E. Ward
                                  Paralegal Specialist

Attachments
cc: All Counsel (by ECF)(w/o attachments)