

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:RN:AL:sw
F.#2010R00195
Disc. 34

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 18, 2012

**Via ECF**

All Defense Counsel

      Re:  United States v. Theodore Persico, Jr., et al.,
           Criminal Docket No. 10-147 (S-3)(SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. This additional discovery was previously provided to the defendant Francis Guerra on December 9, 2011, and December 15, 2011. (Docket Entries Nos. 362 & 364.)  The government hereby reiterates its request for reciprocal discovery.

    The following documents are available at First Choice Copy.  You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com.  Please reference print order number **60085**.

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| RX | Rite Aid Pharmacy records for Francis Guerra | 1-2 |
| RX | Dyker Heights Pharmacy records for Francis Guerra | 3 |
| RX | Fred Notarnicola, M.D. records for Francis Guerra | 4-20 |
| RX | Gary Starkman, M.D. records for Francis Guerra | 21-104 |
| RX | Harolds Pharmacy records for Francis Guerra | 105-108 |
| RX | Isaac Kreizman, M.D. records for Francis Guerra | 109-137 |
| RX | James Liguori, M.D. records for Ambrogio Fabbro | 138-170 |

| DX # | DESCRIPTION | BATES RANGE |
|---|---|---|
| RX | James Liguori, M.D. records for Francis Guerra | 171-247 |
| RX | James Liguori, M.D. records for John Fabbro | 248-384 |
| RX | James Liguori, M.D. records for Salvatore Fabbro | 385-498 |
| RX | Oxford United Health Care records for Angela McDonald-Guerra | 499-500 |
| RX | Pollina Pharmacy records for Francis Guerra | 501-503 |
| RX | Westside Pharmacy records for Francis Guerra | 504-505 |
| RX | Two compact discs containing United Health Group records for Francis Guerra (password to access files is UHG2011) | 506-507 |
| RX | A compact disc containing Medco Health Services, Inc. records for Francis Guerra (password to access files is guerra121211) | 508 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    /s/
    Samantha Ward
    Paralegal Specialist
    (718) 254-6142

cc: Clerk of the Court (SLT) (by ECF)