**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

NMA:RN:AL:sw
F.#2010R00195
Disc. 36

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2012

**Via ECF**

All Defense Counsel

    Re:  United States v. Theodore Persico, Jr., et al.,
          Criminal Docket No. 10-147 (S-3)(SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

    The following documents are available at First Choice Copy. You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com. Please reference print order number **60114**.

**STATEMENTS OF THE DEFENDANTS**

    **1.    Consensual Title-III Recordings**

    Discovery Exhibit 280 consists of consensually recorded telephone conversations made by a cooperating witness. The recordings contained on the disks labeled Bates Range 37254 through 37260 are being provided pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure, at this early date as a courtesy. The government is also producing these materials on the understanding that defense counsel will comply with the terms of the government's protective order, which was issued by the Court on July 29, 2011.

| DESCRIPTION | BATES RANGE |
|---|---|
| CD containing consensually recorded telephone calls from (732) 740-6907, dated 6/27/06 - 8/23/06 | 37254 |
| CD containing consensually recorded telephone calls from (732) 740-6907, dated 8/22/06 - 9/8/06 | 37255 |

| DESCRIPTION | BATES RANGE |
| --- | --- |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 6/20/06 - 7/12/06 | 37256 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 7/10/06 - 7/28/06 | 37257 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 7/27/06 - 8/17/06 | 37258 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 8/17/06 - 9/1/06 | 37259 |
| CD containing consensually recorded telephone calls from (908) 966-0983, dated 9/1/06 - 9/8/06 | 37260 |
| CD containing consensually recorded telephone conversations with Edward Garofalo | 37261 |
| CD containing consensually recorded telephone conversations with Alicia Dimichele | 37262 |
| CD containing consensually recorded conversations on telephone lines used at 422 Spencer Street, and may contain statements of Edward Garofalo and/or Alicia Dimichele | 37263 |

**Discovery Exhibit 281** is a CD containing telephone conversations recorded with Michael Persico's consent pursuant to the terms of his bail conditions, (Bates number 37264).

**DOCUMENTS AND OTHER TANGIBLE EVIDENCE**

| DX # | Description | Bates Range |
| --- | --- | --- |
| 282 | CD containing copies of items seized from Anthony Russo at the time of his arrest | 37265 |
| 283 | CD containing records for telephone number (917) 567-8741 | 37266 |

      Please contact me if you have any questions or additional requests.

                                   Very truly yours,

                                   LORETTA E. LYNCH
                                   United States Attorney

                       By:       /s/
                                 Samantha Ward
                                 Paralegal Specialist
                                 (718) 254-6142

cc: Clerk of the Court (SLT) (by ECF)