

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA:RN:AL:sw
F.#2010R00195
Disc. 37

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 12, 2012

**<u>Via ECF</u>**

All Defense Counsel

      Re:  <u>United States v. Theodore Persico, Jr., et al.,
              Criminal Docket No. 10-147 (S-3)(SLT)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

      The following documents are available at First Choice Copy. You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480 x212, or <u>jmeisner@nyc.rr.com.</u> Please reference print order number **60132**.

1.   <u>DOCUMENTS AND OTHER TANGIBLE EVIDENCE</u>

| DX # | Description | Bates Range |
|---|---|---|
| 284 | Disk containing phone records for the following phone numbers:<br>(917) 567 8741<br>(516) 749 5235<br>(917) 757 2359<br>(954) 683 5873<br>(732) 673 4274<br>(347) 288 9628<br>(347) 884 0231<br>(718) 679 5731<br>(347) 231 5175<br>(347) 582 0494 | 37267 |
| 285 | Applications and documents relating to the phone records contained in Discovery Exhibit 284 | 37268-37862 |
| 286 | Phone records for (718) 875 3955 | 37863-38274 |
| 287 | Prison records for Alphonse Persico | 38275-39032 |

| DX # | Description | Bates Range |
|---|---|---|
| 288 | Laboratory Analyses Relating to the Scopo Homicide | 39033-39045 |
| 289 | Buono Sera Business Records | 39046-39101 |
| 290 | Alphonse Persico Divorce Records | 39102-39165 |
| 291 | Photographs and documents recovered from search of Guerra's home in 1999 | 39166-39209 |
| 292 | Records from Romantique Limousine | 39210-39366 |
| 293 | Surveillance photographs from 10/26/94 | 39367-39369 |
| 294 | Photographs of UHAUL truck recovered 10/27/94 | 39370-39371 |
| 295 | UHAUL rental contract | 39372 |

The government is also in possession of counter-surveillance equipment seized from the search of Guerra's home in 1999. You may contact the government to set up a mutually convenient time to inspect those materials.

**2. CONSENSUAL RECORDINGS**

Discovery Exhibit 193B contains the following recording made by a cooperating witness. The recording supplements those already provided in Discovery Exhibit 193 and 193A.

| DESCRIPTION | DEFENDANT(S) | BATES RANGE |
|---|---|---|
| Consensual recording dated 9/26/90 | Michael Persico | 39373-39374 |

2

Please contact me if you have any questions or additional requests.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

By:      /s/
        Samantha Ward
        Paralegal Specialist
        (718) 254-6142

cc:  Clerk of the Court (SLT) (by ECF)