

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA:RN:AL:sw
F.#2010R00195
Disc. 38

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 23, 2012

**Via ECF**

All Defense Counsel

      Re:  United States v. Theodore Persico, Jr., et al.,
           Criminal Docket No. 10-147 (S-3)(SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

    The following materials are available at DupeCoop and you may obtain copies by contacting John Palermo at (973) 895-1359.

1. **DOCUMENTS AND OTHER TANGIBLE EVIDENCE**

| DX # | Description | Bates Range |
|---|---|---|
| 296 | Sealing order for the interception of oral communications in the visiting room of the Federal Correctional Facility in Lompoc, California | 39375-39376 |
| 297 | Motion for Service of Inventory and Notice of Eavesdropping at the Federal Correctional Facility in Lompoc, California | 39377-39382 |
| 298 | Interception Notices to Carmine Persico, Theodore Persico, Michael Persico, and Anthony Russo | 39383-39390 |
| 299 | Surveillance photographs dated 7/25/91 | 39391 |
| 300 | Carmine Persico's prison visitor records | 39392-39399 |
| 301 | 911 recordings from 10/20/93 | 39400 |
| 302 | NYPD Sprint Report from 10/20/93 | 39401-39406 |
| 303 | Crime Scene Video from 10/20/93 | 39407 |

| DX # | Description | Bates Range |
|---|---|---|
| 304 | Redacted tax return for Adam Weidhorn | 39408-39409 |
| 305 | Photograph of Romantique Limousine | 39410 |
| 306 | Photograph of Joseph Monteleone and Frank Sparaco | 39411 |
| 307 | Surveillance photograph of Joseph Scopo dated 10/17/92 | 39412 |
| 308 | Surveillance photograph of Joseph Scopo and Salvatore Miciotta dated 2/13/93 | 39413 |
| 309 | Surveillance photographs of Joseph Monteleone and Eric Curcio dated 10/1993 | 39414-39416 |
| 310 | Surveillance photograph of Dino Basciano dated 5/4/93 | 39417 |
| 311 | Surveillance photograph of Dino Basciano and Eric Curcio dated 5/4/1993 | 39418 |
| 312 | Affidavit in Support of Search Warrant dated 4/24/98 | 39419-39428 |
| 313 | Surveillance photographs of Alphonse Persico and Francis Guerra | 39429-39430 |
| 314 | Photograph of gun recovered from search of Romantique Limousine on 2/7/91 | 39431 |
| 315 | Surveillance report dated 10/18/97 | 39432-39433 |
| 316 | FD-302 reports re: the execution of a search warrant at Romantique Limousines | 39434-39438 |
| 317 | CD containing photographs from the execution of a search warrant at Romantique Limousines | 39439 |
| 318 | Anthony Ferrara's Wedding Video, 2008 | 39440 |
| 319 | Photograph of Michael Devine | 39441 |

2.   **CONSENSUAL RECORDINGS**

Discovery Exhibit 320 contains the following recording made by a cooperating witness. The government is producing this recording on the understanding that defense counsel will comply with the terms of the government's protective order, which was issued by the Court on July 29, 2011.

2

| **DESCRIPTION** | **DEFENDANT(S)** | **BATES RANGE** |
|---|---|---|
| Consensual recording dated 8/30/11 | None | 39442 |

3. <u>**STATEMENT OF THE DEFENDANTS**</u>

Discovery Exhibit 321 (Bates number 39443) is an FD-302 report which contains statements made by defendant Guerra to a law enforcement officer on March 29, 1997.

Please contact me if you have any questions or additional requests.

> Very truly yours,
>
> LORETTA E. LYNCH
> United States Attorney
>
> By: _____/s/_____
> Samantha Ward
> Paralegal Specialist
> (718) 254-6142

cc: Clerk of the Court (SLT) (by ECF)