

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA/RN/AL
F.#2009R00195
Disc. 40

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 13, 2012

**Via ECF**

All Defense Counsel

        Re: United States v. Theodore Persico, Jr., et al.,
            Criminal Docket No. 10-147 (S-4)(SLT)

Dear Counsel:

    In an abundance of caution, pursuant to Brady v. Maryland, Giglio v. United States and their progeny, the government hereby furnishes the following:[1]

| DX # | Description | Bates Range |
|---|---|---|
| 334 | Additional materials from the NYPD homicide investigation into the murder of Joseph Scopo | 39919-39982 |
| 335 | Additional materials from the NYPD homicide investigation into the murder of Michael Devine | 39983-40090 |

    Set forth below are the names of individuals with whom the defense may wish to seek to speak in regard to the above-captioned matter:

- Teresa "Tori" Persico. Persico was last represented by Peter Antioco.

- Anthony Ferrara

- Frank Sparaco. Sparaco is represented by Stephen Losquadro, 631-744-9070.

---

[1] These materials are not being provided pursuant to Rule 16.

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case:

| DX # | Description | Bates Range |
| --- | --- | --- |
| 336 | Bureau of Prisons records for Alphonse Persico, Joseph Monteleone, Sr., Joseph Russo and Anthony "Chucky" Russo | 40091-40102 |
| 337 | Search Warrant and Affidavit for Romantique Limousines | 40103-40112 |
| 338 | Search Warrant and Affidavit for 1265 Shore Parkway, Apartment 2C, Brooklyn, NY 11214 | 40113-40122 |

   The documents referenced herein are available at First Choice Copy.  You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480 x212, or jmeisner@nyc.rr.com.  Please reference print order number **60145**.

   Please contact us if you have any questions or additional requests.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

       By:   /s/
            Nicole M. Argentieri
            Rachel Nash
            Allon Lifshitz
            Assistant U.S. Attorneys

cc: Clerk of Court (SLT) (by ECF)