

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA/RN/AL
F.#2009R00195
Disc. 43

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 9, 2012

**<u>Via ECF</u>**

All Defense Counsel

       Re:  <u>United States v. Theodore Persico, Jr., et al.,</u>
            <u>Criminal Docket No. 10-147 (S-4)(SLT)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

    The documents referenced herein are available at First Choice Copy.  You may obtain a copy of these documents by contacting Joe Meisner at (718) 381-1480 x212, or <u>jmeisner@nyc.rr.com</u>.  Please reference print order number 60155.

| DX # | Description | Bates Range |
|---|---|---|
| 359 | Thomas Gioeli phone book | 41529-41579 |
| 360 | John Pappa prison e-mails | 41580-41605 |
| 361 | Telephone records for (914) 246-9726, registered to Michael Persico | 41606-41670 |
| 362 | Telephone records for (718)996-8358, registered to Anna Sottile | 41671-41682 |
| 363 | 4/1/92 surveillance photograph of Salvatore Misciotta and Joseph Scopo | 41683 |
| 364 | 2/4/93 surveillance photograph of Salvatore Misciotta and Joseph Scopo | 41684 |
| 365 | 4/16/93 surveillance photographs of Salvatore Misciotta and Joseph Scopo | 41685-41695 |

Please contact me if you have any questions or additional requests.

>                    Very truly yours,
>
>                    LORETTA E. LYNCH
>                    United States Attorney
>
> By:          /s/
>              Samantha E. Ward
>              Paralegal Specialist
>              (718) 254-6142

cc: Clerk of Court (SLT) (by ECF)