

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA/RN/AL
F.#2009R00195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 16, 2012

By ECF

Sarita Kedia
Paul Schechtman
*Counsel for M. Persico*

      Re: United States v. Michael Persico
           Criminal Docket No. 10-147 (S-4)(SLT)

Dear Counsel:

      With regard to your request for contact information for Kenneth and Barbara Geller, the Federal Bureau of Investigation ("FBI") has contacted each of these individuals in order to relay counsel's request and has advised that these individuals do not want their contact information to be disclosed to the defendants or their representatives, and they do not wish to speak to them. With regard to your request for contact information for Alan Quattrache, the FBI has advised that it does not have contact information for him.

                              Sincerely,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By:       /s/
                      Nicole M. Argentieri
                      Rachel Nash
                      Allon Lifshitz
                      Assistant U.S. Attorneys
                      (718) 254-6232/6072/6164

cc:  Clerk of Court (SLT)(by ECF)
     Defense Counsel (by ECF)