UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

       -v-                               10 Cr. 147 (SLT)

FRANCIS GUERRA, ET AL.

               Defendant.
-----------------------------------------------------X


HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE


UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK


JURORS ARE INSTRUCTED TO CALL 1-800-522-5100 ON TUESDAY, MAY 29, 2012 AFTER 7:00 P.M. FOR FURTHER REPORTING INSTRUCTIONS.

**United States v. Francis Guerra, et al.**
**10 Cr. 147 (SLT)**

**JUROR INFORMATION SHEET**

Please complete the following:

Name:         _____

Address:      _____

              _____

              _____

Home Phone:   _____

Work Phone:   _____

Cell Phone:   _____


WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE, PLEASE COMPLETE THE FOLLOWING DECLARATION:

**DECLARATION**

        I solemnly state that my answers to the questions set forth in the attached questionnaire are, to the very best of my ability, true and correct.


Date:  _____          _____
                                        (Signature)

**United States v. Francis Guerra, et al.**
**10 Cr. 147 (SLT)**

**JUROR QUESTIONNAIRE**
**PRELIMINARY INSTRUCTIONS**

You will be identified by your juror number, which is stamped at the upper right hand corner of each page of this questionnaire.  <u>DO NOT WRITE YOUR NAME ON ANY PAGE EXCEPT PAGE 2 (JUROR INFORMATION SHEET).</u>  Write only on the front pages of this questionnaire.  Do not write anything on the reverse side of this document.

Upon your oath or affirmation, you must give true and complete answers to all questions.  These questions are not meant to ask unnecessarily about personal matters.  Rather, these questions will help the Court determine whether you can be fair and impartial in deciding this case and will also provide information about you as a juror to help the parties select a jury.  **Remember there are no "right" or "wrong" answers**; there are only truthful answers.  Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court.  Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

<u>THE COURT INSTRUCTS YOU NOT TO DISCUSS THE QUESTIONS AND ANSWERS WITH FELLOW JURORS.  IT IS VERY IMPORTANT THAT YOUR ANSWERS BE YOUR OWN INDIVIDUAL ANSWERS.</u>  Further, the Court instructs you not to discuss anything about the case with anyone: not the defendants, the lawyers, your fellow jurors, your family, your friends, or anyone else.  Please try to write as legibly as possible.  It is very important that the answers be yours and yours alone.

## SUMMARY OF THE CHARGES

This case, United States v. Francis Guerra, et al., is a criminal case in which the defendants have been charged with federal crimes.  The trial of this case is scheduled to begin on approximately June 4, 2012, and is expected to take approximately 8 to 10 weeks.  The defendants are charged in an indictment with criminal offenses.  Specifically, the indictment in this case alleges that the defendants are members and associates of the Colombo organized crime family of La Cosa Nostra, and that they committed a variety of crimes as part of that criminal enterprise, including, variously, racketeering conspiracy, murder, conspiracy to murder, extortion, loansharking, wire fraud, union fraud and embezzlement.  An indictment listing the criminal charges against a defendant is simply the document used to advise a defendant of the accusations against him.  The indictment is not evidence.

You must evaluate the evidence against each defendant separately.  The fact that these defendants are being tried together does not mean that the evidence against each of them is the same.  Our law simply permits defendants to be tried together in order to save judicial resources.  The law presumes all defendants are innocent.  The defendants have pleaded not guilty to all charges in the Indictment.  It is the government that has the burden of proof under our system of law.  The prosecution must come forward with proof beyond a reasonable doubt that a defendant has committed the charged crimes before a defendant can be found guilty.  The defendants have no obligation to produce any evidence or do anything else at trial.  This is because the law presumes a defendant to be innocent of the charges brought against him.

Remember that under the law an indictment is not evidence.  It is merely an accusation, and a defendant is presumed to be innocent of the charges described in an indictment unless and until the government establishes a defendant's guilt beyond a reasonable doubt.  If you are selected as a juror in this case, it will be your duty to determine whether, based solely on the evidence presented at trial, the government has proved beyond a reasonable doubt that the defendants are guilty of the crimes charged.

You will notice that each defendant has his own lawyer and that the lawyers will confer with one another and discuss certain matters.  This behavior is both appropriate and encouraged as it saves everyone, including you, a lot of time.

DO NOT make any attempt to learn about this matter from sources outside of the courtroom, such as the news media or the internet.  If in fact you inadvertently stumble upon some media coverage or other information, please report this to the Court.  Please do everything you can to avoid and ignore any information you do not hear in this courtroom.  If you are selected to serve on the jury, you will judge this case solely on the evidence presented at trial.

<u>QUESTIONNAIRE AND JURY SELECTION</u>

The purpose of this questionnaire is to assist the court and the parties in selecting a jury of individuals that can be fair and impartial.  The Court is following the practice used in other cases in the federal courts of keeping the identities of the jurors confidential.  The Court uses this procedure because this case is likely to attract attention in the media and among the public.  Anonymity will assure that the jury will not be exposed to such prying and to opinions, commentaries and inquiries which might impair its ability to decide the case solely upon the evidence presented in court and upon the law as I instruct.  It is important to ensure that the jury will in no way be influenced by the public, by the members of the media and their articles and reports.  I wish to emphasize that I am taking these measures to protect your rights of privacy and to assist you in discharging your responsibility as jurors fairly and impartially.

To ensure that your rights of privacy will be respected, only the last page of the attached questionnaire asks you to state your name and other identifying information.  That page will be detached from the questionnaire when you have completed it and will be locked securely in the office of the Clerk of the Court.  That page will not be available to anyone, including the presiding Judge, the parties to the case and the lawyers.  Should special circumstances or other good cause require, and provided that the prior approval of the presiding Judge is obtained, that information may be made available to such person or persons as the presiding Judge deems necessary.  On the remaining pages of the questionnaire, you are instructed not to give names or addresses or any information that will permit anyone, even the presiding Judge, to identify you.

## PART I:  HARDSHIP

Jury selection will begin on May 30, 2012, and the trial is expected to begin on June 4, 2012.  Once testimony begins we anticipate the case should last between eight to ten weeks.  Trial will be in session, generally speaking, four days per week from 9:30 a.m. to 5:00 p.m.  To be on the safe side, therefore, we are requiring that the jurors who serve on this case must be available through the end of August 2012.  The trial will recess for national and major religious holidays.  Jurors will receive a printed schedule of trial dates upon final selection of the jury.

If you are selected as a juror, you will be required to be present for the taking of testimony for as long as the case lasts.  You will not be sequestered, meaning you will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties a citizen owes to the United States.  Mere inconvenience or the usual financial hardships of jury service will not be sufficient to excuse a prospective juror.

1.  Do you have an unusual financial hardship or other serious problem that would prevent you from serving as a juror in this case?

     Yes _____   No _____

     If yes, please explain:

     _____

     _____

     _____

     _____

## PART II: BACKGROUND
### (Questions 2 through 40)

**Part II asks questions about you and your background, and very general questions about your family.**

    2.  Do you have any difficulty reading or understanding English?

           Yes _____   No _____

        If <u>yes</u>, please explain:

        _____

        _____

    3.  Besides English, what other languages, if any, do you read or understand?

        _____

    4.  Do you have any physical or medical condition (such as hearing, eyesight, back problems or medication you are taking), or any emotional problem, that would make it unusually difficult for you to serve as a juror in this case?

           Yes _____   No _____

        If <u>yes</u>, please describe:

        _____

        _____

    5.  Are you presently taking any prescription medication?

           Yes _____   No _____

        If <u>yes</u>, which medications:

        _____

        _____

    6.  What is your age: _____

    7.  Are you:  Male _____ Female _____

8.  Where were you born? _____

    Where were you raised? _____

    Where were your parents born? _____

9.  Are you:

    Married _____
    Living with a Partner _____
    Single _____
    Divorced/Separated _____
    Window/Widower _____

10. What do you regard as your ethnic background and that of your spouse/life partner (if applicable)?

    Yours: _____

    Spouse/life partner: _____

11. How long have you lived at your present residence? _____

12. Do you:

    Own a home? _____
    Rent? _____
    Live in a dwelling owned by relatives? _____
    Live in a dwelling with your family or others? _____
            If so, who do you live with? _____

    _____

13. If you live in Brooklyn, Queens or Staten Island, in what area or neighborhood do you live (e.g., Canarsie, Jackson Heights, Stapleton)?

    _____

14. If you live in Nassau or Suffolk County, in what community do you live?

    _____

15. What other areas or neighborhoods have you lived in over the past 10 years?

_____

_____

16. Do you live in, or are you familiar with, a neighborhood that you believe has an organized crime presence?

Yes_____    No_____

If <u>yes</u>, please explain:

_____

_____

If <u>yes</u>, do you have any opinions or beliefs regarding the particular neighborhood, or the perceived presence of organized crime?  If <u>yes</u>, please provide details.

_____

_____

17. Are you (check any and all that apply):

Employed full-time?  _____          Retired?_____

Employed part-time?  _____          Disabled and unable to work?_____

Work at home?          _____          Student?_____

Homemaker?             _____          If a student, what area of study? _____

Unemployed/laid off? _____

18. If you are employed by another, please answer the following:

(a)      Without mentioning the name of your employer, what type of work do you do?_____

(b)      How long have your worked in your present job? _____

     (c)     Do you supervise others in your job?

            Yes _____   No _____

            If <u>yes</u>, how many? _____

            For how long have you been a supervisor?_____

     (d)     Without mentioning the name of the union, are you a member of a union?

            Yes _____   No _____

            If <u>yes</u>, how long? _____

     (e)     Do you have a position in a union?

            Yes _____   No _____

            If <u>yes</u>, what position? _____

            _____

19. If you are self-employed, answer the following:

     (a)     Without mentioning the name of your business, what type of business is it?

            _____

            _____

            _____

     (b)     How long have you been self-employed?_____

     (c)     Do you have any employees? If so, approximately how many?

            _____

20. If you are retired or unemployed, what type of work did you do?

            _____

            _____

            _____

21. What is your annual income level?  If you are married and your spouse/life partner is employed, please include his/her income:

Less than $25,000 _____
$25,000 - $50,000 _____
$50,000 - $100,000 _____
$100,000 - $150,000 _____
Over $150,000 _____

22. How far did you go in school?

Elementary School:   Yes _____   No _____
High School:   Yes _____   No _____
        Level Completed: _____   G.E.D. \_\_\_\_
College:   Yes _____   No _____
        Level Completed: _____
Post Graduate:   Yes _____   No _____

(a)    If you earned a degree after high school, what was your major area(s) of study?

_____

(b)    If you are presently a student, what is your area of study?

_____

23. If you are married or have a life partner, please answer the following questions about your spouse/life partner's employment:

(a)    Is your spouse/life partner employed? _____

If so, in what type of work? _____

(b)    How long has your spouse/life partner been at his/her present job?_____

If your spouse/life partner is retired or not employed, please indicate and also describe the type of work he or she did during his/her last period of employment:

_____

24. Have you or any member of your family or close friends worked or applied for a position in the U.S. Attorney's Office, the District Attorney's Office, U.S. Immigration and Customs Enforcement (formerly the Immigration and Naturalization Service), the Department of Homeland Security, the Federal Bureau of Investigation, the Drug Enforcement Administration, the New York City Police Department, or any other law enforcement agency?

Yes _____  No _____

If yes, when, where and what agency?  (Do not name the person who applied.)

_____

_____

25. (a)  Are you or do you have any close relatives or friends who are judges, law clerks, court attendants, court clerks, other types of court personnel, probation officers, or persons connected with any correctional institution, jail or penitentiary?

Yes _____  No _____

If yes, please explain (without naming the person): _____

_____

_____

(b)  Have you or a family member ever worked for, or had business dealings other than routine activity (like paying taxes or receiving Social Security Benefits, Medicaid, Medicare, etc.) with, any federal, state, or city government or any of their agencies?

Yes _____  No _____

If yes, please describe (without naming the person): _____

_____

(c)  If yes, is there anything about those experiences that would interfere with your ability to render a fair and impartial verdict in this case?

Yes _____  No _____

If <u>yes</u>, please explain: _____

_____

_____

26. (a)    Have you ever taken any courses or worked in the fields of drug abuse counseling, law, criminal justice, criminology, or other related areas?

Yes _____    No _____

If <u>yes</u>, please list the courses or explain the experience:

_____

_____

_____

(b)    Have you or any of your relatives or close friends worked for a criminal lawyer or private investigator?

Yes _____    No _____

If <u>yes</u>, for how long and please explain his/her/their relationship to you

(without naming the person) : _____

_____

_____

27. If you have any children, please answer the following:

(a)    Please fill out the following chart:

<u>AGE</u>          <u>SEX</u>          <u>EDUCATION LEVEL</u>

_____      _____      _____

_____      _____      _____

_____      _____      _____

_____      _____      _____

(b)     Are any of your children employed?

Yes _____  No _____

(c)     List the occupation of your children, without naming the employer(s):

_____

_____

28. (a)     Were you ever in the military service?

Yes _____  No _____

If no, skip to question 29.  If yes, then continue below.

(b)     What branch? _____

(c)     What was the highest rank you achieved? _____

(d)     What did you do in the service? _____

_____

(e)     Any service in the military police?

Yes _____  No _____

(f)     Any service in court martials as a defense attorney, prosecutor, or investigator?

Yes _____  No _____

(g)     Year of discharge from military? _____

(h)     Was an honorable discharge received?

Yes _____  No _____

(i)     Would your military experience prevent you from evaluating the evidence presented in this case in a fair and impartial manner?

Yes _____  No _____

(j)     If you have a child or spouse who served in the military, is there anything about their experience that would prevent you from evaluating the evidence presented in this case in a fair and impartial manner?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

29. (a)   In the past ten years, have you or any immediate family member ever participated in any group that lobbies or takes public positions on social or legal issues (for example, the right to bear firearms/gun control)?

Yes _____ No _____

(b)   If <u>yes</u>, please describe the type of group (without specifically naming it) and the length of your/his/her involvement in the group.

_____

_____

(c)   If <u>yes</u>, would that experience prevent you from evaluating the evidence presented in this case in a fair and impartial manner?

Yes _____ No _____

If yes, please explain:

_____

_____

30. Have you, a family member, or close friend ever attended law school or been a lawyer?

Yes _____ No _____

(a)   If <u>yes</u>, have you, a family member or close friend ever practiced law in the area of criminal defense or prosecution?

Yes _____ No _____

(b)   Do you have any opinions about lawyers that would make it difficult for you to render a fair and impartial verdict?

Yes _____ No _____

(c)      If <u>yes</u>, please explain: _____

_____

_____

31. Do you, or does anyone in your household, or a close friend own any guns?

Yes _____   No _____

If <u>yes</u>, state how many and what type, and reason for ownership: _____

_____

_____

32. (a)     List any newspapers and magazines that you subscribe to or read, and
indicate how frequently you read them (<u>e.g.</u>, daily, often, occasionally,
rarely):

_____

_____

_____

(b)      Have you ever written a letter to the editor of a newspaper or magazine?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

(c)      What were the last three books that you read?

_____

_____

_____

33. List your 5 most frequently watched TV programs and how often you watch them.

_____

_____

_____

_____

34. What radio stations do you listen to? _____

_____

35. What websites do you regularly visit? _____

_____

36. As a result of your exposure to the media, is there any reason why you cannot be fair and impartial in this case?

Yes _____ No _____

If yes, please explain: _____

_____

_____

37. (a)    List any hobbies and special interests that you have:

_____

_____

(b)    Do you belong or have you belonged to any civic clubs or associations, such as, but not limited to, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, or American Legion?

Yes _____   No _____

If yes, please list any such clubs or associations to which you have belonged, along with the length of time in each:

_____

(c)     Are you a member of the National Rifle Association?

Yes _____   No _____

If yes, for how long? _____

38. (a)   <u>Other than friends and relatives</u>, who are the three people living or dead that you admire most?

_____

(b)     <u>Other than friends and relatives,</u> please list the three people you least admire:

_____

(c)     <u>Other than friends and relatives</u>, please list the person who most influenced your life and why:

_____

(d)     Would you characterize yourself as a leader or a follower?

_____

39. (a)   Have you ever been:

(i)     a juror in a civil case?       Yes _____   No _____
(ii)    a juror in a criminal case?   Yes _____   No _____
(iii)   a grand juror?                Yes _____   No _____

(b)     Have you ever been a juror in a case where the jury was unable to reach a verdict?

Yes _____   No _____

(c) If you have served on a jury, please list below

    a. The approximate date(s);
    b. Whether you served in state court or federal court;
    c. Whether it was a grand jury or a trial jury;
    d. Whether it was a criminal case or a civil case;
    e. What the general nature of the case was (for example, robbery, murder, contract, negligence, medical malpractice, etc.); and
    f. Whether or not a verdict was reached. (If so, do <u>not</u> state what the verdict was.)

| (a) Date | (b) State or Federal | (c) Grand Jury or Trial Jury | (d) Criminal or Civil | (e) Nature of Case | (f) Was there a verdict (Yes or No)? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(d) Is there anything about your prior jury service that would impact your ability to be a fair and impartial juror in this case?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

_____

_____

40. (a) Have you ever filed a complaint with the police against anyone?

Yes _____   No _____

If <u>yes</u>, please describe: _____

_____

(b)     Is there anything about that situation that would impact your ability to be a fair and impartial juror in this case?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

## PART III:  EXPERIENCES AND BELIEFS
### (Questions 41 through 69)

**Part III asks questions about experiences you may have had and opinions you may have formed.  Again, there are <u>no right or wrong answers</u>.  Please be as thoughtful and candid as possible.**

41. (a)   What recent criminal trials, if any, have you followed in the newspapers, magazines, or on TV?

_____

_____

    (b)   What opinions or feelings do you have regarding those trials and the outcomes of those trials?

_____

_____

    (c)   Do you have any opinions, feelings or beliefs as a result of those trials that would make it difficult for you to evaluate the evidence fairly and impartially in accordance with the Court's instructions?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

    (d)   Do you have any feelings, beliefs or opinions regarding criminal defense lawyers and their role within the criminal justice system?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

42. (a)   Have you ever been a victim of racial, ethnic or religious prejudice or discrimination?

Yes _____ No _____

If <u>yes</u>, please explain the circumstances: _____

_____

_____

(b) If you have experienced racial, ethnic or religious prejudice, do you believe it would affect your ability to be fair or would it make it difficult for you to render a fair and impartial verdict?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(c) Have you ever received a benefit in society because of your race, ethnicity or religion?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(d) If you have received such a benefit, do you believe it would affect your ability to be fair or would it make it difficult for you to render a fair and impartial verdict?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

43. (a) Have you or has a family member or close friend ever been a witness to or the victim of a crime?

Yes _____   No _____

If <u>yes</u>, please explain (without naming the person): _____

_____

_____

(b)     Did you or your family member or close friend report that crime to the police or other law enforcement agency?

Yes _____     No _____

(c)     Did law enforcement personnel respond to the report appropriately?

Yes _____     No _____

(d)     Were you, or was your family member or friend, called to testify?

Yes _____     No _____

(e)     Is there anything about this experience that would make it difficult for you to evaluate the evidence fairly and impartially in accordance with the Court's instructions?

Yes _____     No _____

If <u>yes</u>, please explain: _____

_____

_____

44. (a)   Do you have any opinions or beliefs concerning law enforcement in general – including the Federal Bureau of Investigation, U.S. Immigration and Customs Enforcement (formerly the Immigration and Naturalization Service), the Department of Homeland Security, the New York City Police Department, and the Department of Justice – that would make it difficult for you to evaluate the evidence fairly and impartially in accordance with the Court's instructions?

Yes _____     No _____

If <u>yes</u>, please explain: _____

_____

_____

(b)    Do you believe that any group does not receive fair treatment from police, prosecutors, or any other law enforcement agency?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(c)    Do you believe that any group receives preferential treatment from police, prosecutors, or any other law enforcement agency?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(d)    Can you put aside such opinions or beliefs as may have been described above, and evaluate this case based upon the evidence presented during the trial, in accordance with the Court's instructions?

Yes _____   No _____

If <u>no</u>, please explain: _____

_____

_____

45.  Have you ever appeared or testified as a witness in any investigation or legal proceeding?

Yes _____   No _____

If <u>yes</u>, please explain what was the nature of the investigation or proceeding:

_____

_____

46. (a)   Are you or is anyone close to you, including family or friends, now under subpoena or about to be subpoenaed in any criminal case?

Yes _____   No _____

If yes, please explain: _____

_____

_____

(b)   Have you ever been questioned or subpoenaed in any matter by the New York City Police Department, any state or local law enforcement agency, the Department of Justice or any United States investigative agency such as the Federal Bureau of Investigation, the Drug Enforcement Administration, U.S. Immigration and Customs Enforcement (formerly the Immigration and Naturalization Service), the Department of Homeland Security, the Internal Revenue Service or the Bureau of Alcohol, Tobacco and Firearms?

Yes _____   No _____

(c)   If yes to 46(b), above, do you believe that you were fairly treated in connection with such matter?

Yes _____   No _____

If no, please explain: _____

_____

_____

(d)   Have you ever been involved, or do you expect to become involved, in any legal action or dispute with the United States or any agency, officer, or employee of the United States, including U.S. Immigration and Customs Enforcement (formerly the Immigration and Naturalization Service), the Internal Revenue Service, or with the City of New York or any agency, officer or employee of the City of New York, including the New York City Police Department, or have you had any financial interest in such a dispute?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(e)    If you answered "<u>yes</u>" to 46(a), 46(b), or 46(d), above, or if you answered "<u>no</u>" to 46(c), above, is there anything about these facts that would make it difficult for you to sit as a fair and impartial juror in this case?

Yes _____    No _____

If <u>yes</u>, please explain: _____

_____

47.  (a)    Have you, or has a family member or close friend, ever been involved in or been the target of a criminal investigation?

Yes (self) _____    Yes (family/friend) _____    No _____

If <u>yes</u>, without mentioning names, please generally describe the circumstances surrounding the criminal investigation(s) and your relationship(s) to the person(s) involved: _____

_____

_____

(b)    Have you, or has a family member or close friend, ever been charged with a crime?

Yes (self) _____    Yes (family/friend) _____    No _____

If <u>yes</u>, without mentioning names, please generally describe the circumstances surrounding the criminal investigation(s) and your relationship(s) to the person(s) involved: _____

_____

_____

(c)    If you answered "yes" to (a) or (b) above, was the individual who was investigated or charged treated fairly by the criminal justice system?

Yes _____    No _____

If <u>no</u>, please explain: _____

_____

_____

(d)     Do you have, or have you ever had, a close friend or family member in prison?

Yes _____     No _____

If <u>yes</u>, without mentioning names, please explain: _____

_____

_____

(e)     Have you ever visited or toured a prison or jail facility?

Yes _____     No _____

If <u>yes</u>, without mentioning names, please explain: _____

_____

_____

(f)     If you answered yes to (a), (b), (d) or (e) above, is there anything about these facts that would make it difficult for you to sit as a fair and impartial juror in this case?

Yes _____     No _____

If <u>yes</u>, please explain: _____

_____

_____

48. (a)   Have you, or any close friend or relative, ever been treated for a substance abuse problem?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(b)   If you or a close friend or relative have been treated for substance abuse, would it be difficult for you to sit as a fair and impartial juror in this case?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(c)   If you answered "yes" to the above, did you or your close friend have any contact with the criminal justice system as a result of that substance abuse problem?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(d)   If you answered "yes" to the above, is there anything about that contact with the criminal justice system that would make it difficult for you to sit as a fair and impartial juror in this case?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

49. The Judge presiding over this case is The Honorable Sandra L. Townes.  Do you or does any relative or friend know or have any connection with Judge Townes?

Yes _____ No _____

If yes, please explain: _____

_____

50. This case is being prosecuted by the United States Attorney's Office for the Eastern District of New York.  The United States Attorney for this District is Loretta E. Lynch.  Do you or does any relative or friend know or have any connection with Loretta E. Lynch or anyone associated with her office?

Yes _____ No _____

If yes, please explain: _____

_____

51. (a)    Do you or does any relative or close friend know or have any connection with any of the following prosecutors and their assistants, or their relatives or friends?

(i)    Assistant United States Attorney Nicole Argentieri
(ii)    Assistant United States Attorney Rachel Nash
(iii)    Assistant United States Attorney Allon Lifshitz
(iv)    Assistant United States Attorney Brian Morris
(v)    Paralegal Specialist Samantha Ward

Yes _____ No _____

If yes, please explain: _____

_____

_____

(b)    Have you seen, heard or read anything about any of these prosecutors and their assistant?

Yes _____ No _____

If <u>yes</u>, what have you seen, heard or read: _____

_____

_____

(c)     Do you or does any relative or close friend know or have any connection to any of the following law enforcement officers or their relatives or friends?

(i)     Vincent D'Agostino, Special Agent, FBI
(ii)    Chance Adam, Special Agent, FBI
(iii)   Violet Syku, Special Agent, FBI
(iv)    Scott Curtis, Special Agent, FBI
(v)     Chuck Bolling, Special Agent, FBI

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

52. (a)     Do you or does any relative or close friend know or have any connection to the defendants, or their relatives or friends?

(i)   Francis Guerra, also known as "B.F."
(ii)  Michael Persico
(iii) Theodore Persico, Jr., also known as "Skinny" and "Teddy"

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

(b)     Have you seen, heard or read about the defendants in this case?

Yes _____ No _____

(i)     If <u>yes</u>, what have you seen, heard or read?

_____

(ii)     Have you formed an opinion as to the defendants based on anything that you have seen, heard or read?

Yes _____ No _____

If <u>yes</u>, what is that opinion?

_____

_____

53. (a)     Do you or does any relative or close friend know or have any connection with any of the following defense attorneys and their assistant or their relatives or friends?

(i)      Sarita Kedia, Esq.
(ii)     Elizabeth Macedonio, Esq.
(iii)    Matthew Mari, Esq.
(iv)     Gerald McMahon Esq.
(v)      James C. Neville, Esq.
(iv)     Paul Schechtman, Esq.

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

(b)     Have you seen, heard or read anything about any of these defense attorneys?

Yes _____ No _____

If <u>yes</u>, what have you seen, heard or read: _____

_____

_____

(c)     Is there anything in what you have seen, heard or read about the prosecutors, law enforcement personnel, the defendants, or defense attorneys and their assistant, that would prevent you from rendering a fair and impartial verdict in this case?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

    (d)    Have you formed an opinion of this case based on anything that you have seen, heard or read?

        Yes _____ No _____

        If <u>yes</u>, what is that opinion? _____

        _____

54. Do you have any bias, sympathy, or prejudice with reference to the defendants that would make it difficult for you to render a fair and impartial judgment based solely on the evidence presented at trial?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

55. (a)    Certain of the crimes alleged in the Indictment are alleged to have occurred in the vicinity of 110th Street in Ozone Park, Queens, and Essex Street in Staten Island.  Are you familiar with either of these areas?

        Yes _____   No _____

        If <u>yes</u>, please explain how you are familiar with that area(s) (without providing a specific address or otherwise revealing your identity):

        _____

        _____

    (b)    If you answered "yes" to question 55(a), above, is there anything about your familiarity with the area(s) that would make it difficult for you to render a fair and impartial judgment based solely on the evidence presented at trial?

        Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

56. Do you believe there are such entities as organized crime families, La Cosa Nostra, the Mob, or the Mafia?

Yes _____ No _____

57. (a)    List any books, magazines, movies, television programs or internet sites that you have read, watched or visited about organized crime, the Mafia, the Mob, the Colombo Family or La Cosa Nostra.

_____

_____

(b)    Is there anything in what you have seen, heard or read about organized crime, the Mafia, the Mob, the Colombo Family or La Cosa Nostra that would make it difficult for you to render a fair and impartial verdict in this case?

Yes _____ No _____

(c)    If <u>yes</u>, please explain.

_____

_____

_____

58. Do you, your relatives or close friends know anyone, or have you/they ever had contact with anyone, reputed to have ties to organized crime?

Yes _____ No _____

If <u>yes</u>, please explain the nature of the relationship, without identifying the person, reputed to have such ties.

_____

_____

59. Will you be able to consider evidence about racketeering, murder, conspiracy to murder, extortion, loansharking and other crimes fairly and impartially and in accordance with the instructions of the Court?

Yes _____ No _____

If no, please explain: _____

_____

60. Have you or anyone you know had experience borrowing money from a loanshark?

Yes_____ No_____

61. Has anyone you have known been murdered?

Yes_____ No_____

If yes: (a)    What was that person's relationship to you? _____

(b)    Were all persons responsible for the murder prosecuted? _____

(c)    Do you believe the outcome was fair?  If not, why not? _____

_____

62. Do you have any bias, sympathy, or prejudice with reference to the United States government that would make it difficult for you to render a fair and impartial judgment based solely on the evidence presented at trial?

Yes _____ No _____

If yes, please explain: _____

_____

_____

63. (a)    Do you have any religious, philosophical, moral or other belief that might make you unable to render a "guilty" verdict?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

    (b)    Do you have any religious, philosophical, moral or other belief that might make you unable to render a "not guilty" verdict?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

64. Is there any reason that you might fail to fairly and impartially evaluate all the evidence in this case without fear or favor toward either the government or the defendant?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

65. Have you or a family member or close friend ever been falsely accused of a crime?

Yes _____   No _____

If <u>yes</u>, please explain the circumstances: _____

_____

_____

66. Is there any other matter that you should call to the court's attention that may have any bearing on your qualifications as a juror or that may affect your ability to render an impartial verdict based solely on the evidence and the court's instructions on the law?

Yes _____ No _____

If <u>yes</u>, please describe: _____

_____

_____

67. You may hear testimony from or about the people listed on Attachment A during the trial.  Please turn to Attachment A at the end of this packet and circle the names of any person that you know or have any connection with.

68. You may hear testimony about locations listed on Attachment B during the trial. Please turn to Attachment B at the end of this packet and circle the names of any locations that you know about, have any connection with, or have visited.

69. Do you know of any reason why you could not fairly and impartially decide, in accordance with your oath and based solely on the evidence, whether the government has proven the defendant's guilt beyond a reasonable doubt?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

## PART IV:  LEGAL PRINCIPLES
### (Questions 70 through 82)

**Part IV explains some of the fundamental legal principles on which the Court will give instructions during the trial.  If you believe you cannot follow these principles, you are duty bound to let the Court know now.**

70. (a)    Every defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in the case, decides that his guilt has been proven beyond a reasonable doubt.  The burden of proving guilt rests entirely with the government.  It <u>never</u> shifts to the defendant at any time.  The defendant has no burden of proof at all.

Would you have any difficulty following these rules?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

(b)    Will you accept and apply this rule of law?

Yes _____   No _____

(c)    Under the law, a defendant need not testify.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.  Would you have any difficulty following this rule of law?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

71.    The defendants are charged with illegal activity carried out as part of an enterprise called the Colombo crime family.  Is there anything about the nature of these charges that would interfere with your ability to decide this case based solely on the evidence related to the specific charges alleged in the Indictment and nothing more, meaning whether the government has proved the defendants to be guilty beyond a reasonable doubt?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

72. An indictment itself is not evidence.  It merely describes the charges made against the defendant.  It is an accusation.  It may not be considered by you as any evidence of the defendants' guilt.  Are you able to follow this rule of law?

Yes _____ No _____

If <u>no</u>, please explain: _____

_____

_____

73. The defendants are charged with a number of separate crimes.  Under the law, you must consider each alleged crime separately.  You must find the defendant not guilty of each of the alleged crimes you are considering, unless the evidence that has been presented in court proves him guilty of each alleged crime beyond a reasonable doubt.

Would you have any difficulty following these rules?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

74. A defendant has no obligation to testify.  Should a defendant decide to testify, that does not shift the burden of proof to the defendant or diminish the obligation of the government to prove the defendant's guilt beyond a reasonable doubt.  The government always carries this burden of proof in a criminal trial.  Will you have any difficulty following this rule of law?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

75. Several witnesses in this case will be law enforcement officers.

(a)     Do you hold any beliefs or opinions that would prevent you from evaluating the testimony of a law enforcement officer fairly and impartially?

Yes _____   No _____

If yes, please explain: _____

_____

(b)     A law enforcement witness's testimony is not to be given any more or less credence than any other witness's testimony.  Would you be able to follow the Court's instructions in this regard?

Yes _____   No _____

If no, please explain: _____

_____

76. You may hear that law enforcement officers secretly conducted visual, photographic and video surveillance during the investigation of this case.  These investigative techniques are lawful.  Do you have any feelings about the use of secret visual surveillance that might affect your ability to consider such evidence fairly?

Yes _____   No _____

If yes, please explain: _____

77. Some of the evidence in this trial may come from searches performed by law enforcement officers.  These searches were lawful.  Do you have any feelings about searches conducted by law enforcement officers that would make it difficult for you to consider such evidence fairly?

Yes _____   No _____

If yes, please explain: _____

_____

78. You may hear evidence that a witness or witnesses in this case acted in an undercover capacity at the direction of the FBI and secretly recorded conversations with others. This is lawful. Do you have any feelings about undercover investigations conducted by law enforcement officers that would make it difficult for you to consider such evidence fairly?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

79. Some government witnesses may testify that they participated in serious crimes, including murder. These witnesses, who may be referred to during trial as cooperating witnesses, may have lengthy criminal histories, may have pleaded guilty to crimes and may be testifying pursuant to agreements with the government in hopes that their own sentences will be reduced. Use of these witnesses is lawful.

(a) Do you hold any beliefs or opinions that would affect your ability to evaluate testimony from such witnesses fairly and impartially?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

_____

(b) Would you be able and willing to fairly and impartially assess the testimony of such a witness, in accordance with the Court's instructions?

Yes _____ No _____

If <u>no</u>, please explain: _____

_____

_____

(c)     It is the law that the testimony of a single witness, even a cooperating witness, can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness establishes proof beyond a reasonable doubt.

Do you have any opinion or belief about the law or cooperating witnesses that would prevent you from applying this rule of law?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

80. Under the law, the facts are for the jury to determine and the law is for the Judge to determine.  You are required to accept the law as the Judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.

Would you have any difficulty following the Judge's instructions?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

81. Under the law, the question of punishment, if any, should not enter your deliberations on guilt or innocence.  Would you have any difficulty following this rule?

Yes _____   No _____

If <u>yes</u>, please explain: _____

_____

_____

82. Under the law, emotions such as sympathy, bias and prejudice must not enter into the deliberations of the jurors as to whether the guilt of the defendant has been proven beyond a reasonable doubt.  Would you have any difficulty following this rule?

Yes _____ No _____

If <u>yes</u>, please explain: _____

_____

**PART VII: CONCLUSION**
**(Questions 83 through 85)**

83.    Is there anything about the nature of the charges or the facts of the case as they have been explained to you thus far that would affect your ability to be a fair and impartial juror in this case?

Yes _____        No _____

If yes, please explain: _____

_____

_____

84.    Is there any other matter that you should call to the Court's attention that may have any bearing on your qualifications as a juror or that may affect your ability to render an impartial verdict based solely on the evidence and the Court's instructions on the law?

Yes _____        No _____

If yes, please describe: _____

_____

_____

85.    Is there any matter you would prefer to discuss privately with the Judge?

Yes_____ No _____

**WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE AND REVIEWED ATTACHMENTS A AND B, PLEASE TURN TO THE SECOND PAGE OF THIS QUESTIONNAIRE TO COMPLETE AND SIGN THE DECLARATION.**

<u>**United States v. Francis Guerra, et al.**</u>
**10 Cr. 147 (SLT)**

<u>**ATTACHMENT A:**</u>
**Names of People Who Might Testify or Who May Be Discussed During Trial**

*Please circle the name of any person listed below that you
know or have any connection with.*

Alan Quattracge
Alicia DiMichele
Alfred Polizzotto
Alphonse "Ally Boy" Persico
Ambrose Fabbro
Andrew Russo
Andre D'Apice
Angelo Barone
Angelo Spata
Anna Sottile
Anthony Calabrese
Anthony Ferrara
Anthony "TG" Graziano
Anthony Licatta
Anthony O'Donnell
Anthony "Chucky" Russo
Anthony Russo
Anthony Strapoli
Barbara Geller
Benjamin "the Claw" Castellazzo
Benny Geritano
Blaise Corozzo
Blaise Salvatore Mangiavallano
Bobby Tarantola
Calvin Hennigar
Carmine Baudanza
Carmine Imbreale
Carmine "Junior" Persico
Carmine Persico
Carmine Sessa
Catherine Casey
Chance Adam
Chris Barrett
Chris Favo
Craig Marino
Danny Bogan
Danny Cilenti

Danny Fama
Daniel Marino
Daniel Persico
David Gordon
Debra Specchio
Dennis Basile
Dennis DeLucia
Desiree Persico
Dino Basciano
Dino Calabro
Dino Saracino
Dominic Logozzo
Donald Kornek
Donna Tabasco
Edward Garofalo
Eric Curcio
Eugene Lombardo
Frank "BF" Guerra
Frank "Frankie Notch" Iannaci
Frank Leone, Sr.
Frank Leone, Jr.
Frank "Chestnut" Marasa
Frank Senatore
Frank Smith
Frank Sparaco
Gaetano Fatato
Gary Fama
George Fanelli
Giuliano LaRocca
Hank Diorsi
Hector "Junior" Pagan
Howard Leadbetter
James Bombino
James Killean
Jeffrey Tomlinson
Jeff Young
Jeremy Marcus
Jerry Gargano
Jerry Ricardelli
Jimmy Palermo
Joel "Joe Waverly" Cacace
John Baudanza
John DeGuilio
John DiLeo
John "Jackie" DeRoss
Johnny "Ace" Fiumara

John Gambino
John Matera
John Orena
John Paladino
John Pappa
John Pate
John Rosatti
John Riggi
John Sparacino
John Stallupi
Jonathan Arden, M.D.
Joseph Ambrosino
Joseph Cugno
Joseph Russo
Joseph "Junior Lollipops" Carna
Joseph "Joe Monte Jr." Monteleone, Jr.
Joseph "Joe Monte" Monteleone, Sr.
Joseph Miccio
Joseph "Joey Caves" Competiello
Joseph Campanella
Joseph Baudanza
Joseph Corozzo
Joseph Damiano
Joseph Iborti
Joseph Lalima
Joseph Scopo
Joseph Savarese
Kenneth Geller
Ken "Kenji" Gallo
Kevin Grenata
Larry Gallo
Larry Sessa
Lawrence Mazza
Lee Fama
Louis "Bobo" Malpeso
Louis Romeo
Lynn Smith
Manny Garofalo
Marcel Licaille
Maritza Medina
Maryann Walker
Matthew Tormey
Michael Devine
Michael McQuoid
Michael Persico
Michael Sciaretta

Michael "Smiley" Sessa
Michael Angelo Souza
Michael Spataro
Michael "Hippy" Zanfardino
Nicholas Quarantello
Nunzio "Nicky" DeCarlo
Norman Menkin
Patricia Avena
Patrick Bombino
Paul Bevalacqua
Peter McKenna
Peter Tagliava
Phil Chiara
Phyllis Cirillo
Phil Schwab
Ralph DeLeo
Ralph Lombardo
Ralph Natale
Ray Andjich
Ray Buck
Reynold Maragni
Richard Fusco
Robert Freese
Robert Neuendorf
Robert Pate
Roger Califano
Ronald "Downtown Ronnie" Califano
Ronald "Messy Marvin" Moran
Rusty Colon, Jr.
Salvatore Miciotta
Salvatore Sparacino
Salvatore Vitale
Salvatore Zinna
Salvatore Fusco
Samuel "Sammy the Bull" Gravano
Scott Curtis
Sebastiano Saracino
Shelley Tepper
Steven Fiorica
Steven Marcus
Steven Testa
Theodore J. Otto, III
Theodore Persico, Sr.
Theodore Persico, Jr.
Thomas Petrizzo
Thomas Farese

Thomas Gioeli
Thomas McLaughlin
Tino Fiumara
Tori Persico
Vanessa Zuzzolo
Vic Orena
Vincent D'Agostino
Vincent "Scooby" Lafaro
Vincent Riggi
Violet Syku
Walter Sampieri
Walter Obando
William Chesney
William "Wild Bill" Cutolo, Sr.

**United States v. Francis Guerra, et al.**
**10 Cr. 147 (SLT)**

**ATTACHMENT B:**

**Locations That May Be Discussed During Trial**

***Please circle the name of any of the locations listed below that you know***
***about, have any connection with, or have visited.***

Romantique Limousine, Brooklyn, New York
Roma Furniture, Brooklyn, New York
Big R/DM Trucking, 422 Spencer Street, Staten Island, New York
All Around Trucking/CJP Development, 152 McClean Avenue, Staten Island, New York
Hunts Point Market
Wanna Bagel
Perks Coffee
Bella Luna
Stellas
Testa Corporation
Garden City Hotel
Mendecino Fashions
KBJS Investors, Jericho, Long Island
Ken Geller and Associates, Jericho Long Island
L&B Spumoni Gardens
Vicinity of 110th Street, Ozone Park, Queens
Vicinity of Essex Street, Staten Island, New York
L&B Spumoni Gardens, Brooklyn, New York
The Square Pizzeria, Staten Island, New York
Level One, Brooklyn, New York
Harold's Pharmacy, 2272 McDonald Avenue, Brooklyn, NY
Riteaid, 344 Avenue X, Brooklyn, NY
Riteaid, 9302 3rd Avenue, Brooklyn, NY
Westside Pharmacy, 210 Avenue U, Brooklyn, NY
Straight up Management
Saugerties, New York
57 Rapaleye St, Staten Island, New York
Elite Autobody
Pop's Candy Store