

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F.#2009R00195
*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 1, 2012

**<u>Via ECF and By Hand</u>**

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Francis Guerra, et al.
     <u>Criminal Docket No. 10-0147 (S-4)(SLT)</u>

Dear Judge Townes:

   Pursuant to the Court's order, attached at Exhibit 1 is a list of jurors the parties have agreed should be struck for cause.  Attached at Exhibit 2 is a list of the remaining jurors who should be brought back for voir dire.

       Respectfully submitted,

       LORETTA E. LYNCH
       United States Attorney


    By:   <u>    /s/    </u>
       Nicole M. Argentieri
       Rachel J. Nash
       Allon Lifshitz
       Assistant U.S. Attorneys
       (718) 254-6232/6072/6164

Attachments


cc:  Defense Counsel (via ECF)