**HinckleyAllenSnyder**LLP
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 30 2012 ★

BROOKLYN OFFICE

Michael J. Connolly
mconnolly@haslaw.com

July 25, 2012

Clerk, United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. James C. Bombino, et al.**
    **10-CR-147-01**   SLT

Dear Clerk,

Please be advised that this firm represents Testa Corporation, a victim in the above-referenced action.

Enclosed please find a declaration of loss submitted by Testa Corporation in support of its claim to the forfeiture proceeds submitted to the Court by James C. Bombino. The declaration, signed on behalf of the President of Testa Corporation, Steven Testa, sets forth the losses Testa Corporation sustained in connection with the offense conduct and prosecution of Mr. Bombino.

Please advise the undersigned counsel whether any additional information is required in order to support the claim of Testa Corporation.

Sincerely,

Michael J. Connolly
MJC/md

Encls.

cc: Eric F. Eisenberg, Esq.
    Abdi Behjat
    Paula Demaio

#50827685

50 Kennedy Plaza, Suite 1500, Providence, RI 02903-2319  TEL: 401.274.2000  FAX: 401.277.9600
20 Church Street, Hartford, CT 06103-1221  TEL: 860.725.6200  FAX: 860.278.3802
11 South Main Street, Suite 400, Concord, NH 03301-4846  TEL: 603.225.4334  FAX: 603.224.8350
30 South Pearl Street, Suite 901, Albany, NY 12207-3492  TEL: 518.396.3100  FAX: 518.396.3101

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x AFFIDAVIT OF LOSS
     UNITED STATES OF AMERICA     DOCKET #:10-CR-147-01

          VS.

     JAMES C. BOMBINO, et al

---------------------------------x

My loss due to the offense of conviction totals $232,896.34 **, and was incurred as follows: money stolen or swindled $34,120.00____, lost or damaged property $_____, medical expenses related to physical or emotional injury $_____, costs of physical and occupational therapy and rehabilitation $_____, lost income $_____, cost of funeral and related services $193,776.34* ___, lost income and necessary child care, transportation, and other expenses related to/the investigation or prosecution of offense or attendance at proceedings related thereto $_____.[1]

_____I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name and address of my insurance company and the claim number for this loss are as follows:

I do hereby swear that the above information is true and accurate.

Paula DeMaio for Steven D. Testa    Paula DeMaio    7/25/2012
(Signature)    (Print Name) for Steven D. Testa  (Date)
Steven D. Testa
President, Testa Corporation

---

[1]You may include additional information about the impact of the offense. Such information may appear in the presentence report, which is disclosed to the defendant. If you wish to provide further information, you may do so in a written statement and attach it to this affidavit.

    * Additional costs incurred but not yet billed amount to approximately $5,000.00.
    ** Includes additional costs incurred but not yet billed.