# HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

**Michael J. Connolly**
mconnolly@haslaw.com

August 6, 2012

Clerk, United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  AUG - 9 2012  ★

**BROOKLYN OFFICE**

Re:   **United States v. James C. Bombino, et al.**
      **10-CR-147-01**

Dear Clerk,

Enclosed please find a revised declaration of loss submitted by Testa Corporation in support of its claim to the forfeiture proceeds submitted to the Court by James C. Bombino. The declaration, signed by Steven Testa who is the President of Testa Corporation, sets forth the losses Testa Corporation sustained in connection with the offense conduct and prosecution of Mr. Bombino, along with accompanying detailed schedules.

Please advise the undersigned counsel whether any additional information is required in order to support the claim of Testa Corporation.

Sincerely,

*[signature]*

Michael J. Connolly
MJC/md

Encls.

cc:   Eric F. Eisenberg, Esq.
      Abdi Behjat
      Paula Demaio

#50828799

50 Kennedy Plaza, Suite 1500, Providence, RI 02903-2319  TEL: 401.274.2000  FAX: 401.277.9600
20 Church Street, Hartford, CT 06103-1221  TEL: 860.725.6200  FAX: 860.278.3802
11 South Main Street, Suite 400, Concord, NH 03301-4846  TEL: 603.225.4334  FAX: 603.224.8350
30 South Pearl Street, Suite 901, Albany, NY 12207-3492  TEL: 518.396.3100  FAX: 518.396.3101

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG - 9 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x AFFIDAVIT OF LOSS
    UNITED STATES OF AMERICA    DOCKET #: 10-CR-147-01

        VS.

    JAMES C. BOMBINO, et al

-------------------------------------x

My loss due to the offense of conviction totals $ 232,896.34**, and was incurred as follows: money stolen or swindled $ 34,120.00 (see attached Schedule A) lost or damaged property $_____, medical expenses related to physical or emotional injury $_____, costs of physical and occupational therapy and rehabilitation $_____, lost income $_____, cost of funeral and related services $_____, lost income and necessary child care, transportation, and other expenses related to the investigation or prosecution of offense or attendance at proceedings related thereto $ 193,776.34* .[1] (see attached Schedule B)

_____I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $_____. The name and address of my insurance company and the claim number for this loss are as follows:


I do hereby swear that the above information is true and accurate.

_____  STEVEN D. TESTA   8/6/2012
(Signature)                (Print Name)      (Date)
Steven D. Testa
President, Testa Corporation

---

[1] You may include additional information about the impact of the offense. Such information may appear in the presentence report, which is disclosed to the defendant. If you wish to provide further information, you may do so in a written statement and attach it to this affidavit.
    * Additional costs incurred but not yet billed amount to approximately $5,000.00.
    ** Includes additional costs incurred but not yet billed.

## Schedule A

## Losses Incurred As A Result of Using All-Around Trucking

| Project | Number of Loads Moved by All-Around Trucking | Per load Price offered by Alternate Company | Per load Price offered by Alternate Company | Difference between Prices | Total All-Around Trucking Cost to Testa | Total Would be Cost Based on Lower Price | Difference |
|---|---|---|---|---|---|---|---|
| World Trade Center | 337 | $450.00 | $410.00 | $40.00 | $151,650.00 | $138,170.00 | $13,480.00 |
| Newton Creek | 516 | $450.00 | $410.00 | $40.00 | $232,200.00 | $211,560.00 | $20,640.00 |
| Totals | | | | | $383,850.00 | $349,730.00 | $34,120.00 |

#50828799

## Schedule B

| | |
|---|---:|
| Estimated Cost of Testa Employees (Steve Testa, Paula DeMaio, Brad Minkovitz) Incurred for Preparation, Interviews and Testimony | $50,000.00 |
| Estimated Travel Expenses for Out-of-State Trips for Testa Employees | $10,500.00 |
| Attorneys fees and travel expenses in connection with representation of Testa Corporation and Testa Employees in regard to grand jury investigation and trial preparation | $133,276.34 |
| Estimate of unbilled attorney's fees and travel expenses | $5,000.00 |
| Total | $198,776.34 |

#50828799